Cop Out

MR. Shepherd

PuRKey 14679-045
SCC A-313

Please pROvide me with either the statutory, Regulatory and/or administration policy pRomulgating designation of inmate's execction selection and dating! As was utilized in my particular case!    Thank you!

9/18/19

CC: WARden J.T. Watson
    MR. George Roudosfott.

Sat to legal
9-17-19 6:15 AM

No Answer as
of 9-24-19 8 AM