TRULINCS 14679045 - PURKEY, WESLEY IRA - Unit: THP-X-A

-------------------------------------------------------------------------------------------

FROM: 14679045
TO: Legal
SUBJECT: ***Request to Staff*** PURKEY, WESLEY, Reg# 14679045, THP-X-A
DATE: 10/04/2019 08:50:31 AM

To: K. Siereveld
Inmate Work Assignment: ua

So you are telling me that Warden Watson who announced my execution date is not knowledgable of the authority that the BOP Director utilized in designating which dead row inmates - which death row inmates would be eligible for execution dates to be given. Was such selection of myself and the other four (4) death row inmates totally selected at the BOP Director's discretion w/o any promulgated criteria for making such determination(s). Totally random in other words! Please clarify if that was the case! Thank you very much for your attention to this matter!
cc: file; Ms. Michelle Law/Springfield, MO
-----Legal  on 10/1/2019 1:42 PM wrote:

>
We do not have any further information outside of the fact that you meet the criteria based on 28 CFR sec. 26.1 et seq.
~K. Siereveld

>>> ~^!"PURKEY, ~^!WESLEY IRA" <14679045@inmatemessage.com> 10/1/2019 11:52 AM >>>
To: K. Siereveld
Inmate Work Assignment: ua

I had sent Mr. Shepherd a Cop Out several weeks back requesting the criteria/policy/statutory promulgation utilized in "selecting inmates' for scheluding them with execution dates, and yet he provided me with a CFR which only dealt with carrying out execution's not the criteria UTILIZED in selecting inmates' for designation with exdecution dates. More than 15 inmates fully exhausted their appellate processes prior to mine and yet I was one of the first five receive a execution without so much as one of those 15 inmates being designated. I am again reqeusting the 'criteria', policy and/or statutory provision setting forth the criteria for selecing inmates for designating them with execution date. If the BOP Director has unfettered discretion is making this determination - in selecting whatever death row prisoner's that he deems appropriate for execution's then please afford me with such authority authorizing such unfettered discretion, and/or the authority setting forth the criteria for such determination to occur. Thank you for your attention to this matter!\
cc: file;Ms. Michelle Law/Springfield, MO