Laura Briggs
U.S. Dist. Courthouse
921 OHIO ST
Terre Haute, IN 47807

Re: Purkey v. Barr, # _____

October 21st., 2019

Dear Ms. Briggs,

Please find enclosed a Bivens Action for filing with the Court, whereas I have enclosed the original, plus an additional copy for filing with the Court, as well as a copy for each of the named defendants, totally five (5) copies, plus the original. Also please find a Motion For Appointment of counsel, as well as a Motion To file the Bivens Action Informa Pauperis pursuant to the exception of the three strikes mandated pursuant to 28 U.S.C. §1915g, whereas I have enclosed the original - plus an additional copy of each for filing with the court.

If additional information and/or documentation is needed for filing the listed materials above please advise. Thank you for your attention to these filings.

Sincerely,

*Wesley I. Purkey*

Wesley I. Purkey #14679-045
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808
Plaintiff / pro se

cc: file
    Attached listing defendants addresses
          for issuance of summons

<u>Listing of addresses for Issuances of Summons:</u>

Defendants J.T. Watson & Cpt. Taylor

USP/TH
4700 Bureau Road South
Terre Haute, IN 47802


Defendant Hugh Hurwitz
Fed. Bureau of Prison
320 First Street, NW
Washington, D.C. 20534

William Barr / Attorney General U.S.

U.S.Department of Justice
950 PennsylvaniaAvenue, NW
Washington, DC 20530