Wesley I. Purkey #14679-045
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808





US OFFICIAL MAIL >> PENALTY FOR PRIVATE USE $300

PITNEY BOWES

ZIP 47802  $ 000.00⁰
02 1W
0004887589

USPS TRACKING #

9114 9023 0722 4291 8265 89

L E G A L

M A I L

INMATE
IDENTIFICATION
CONFIRMED

⇔14679-045⇔
Laura Briggs
U.S. Dist. Courthouse
921 OHIO ST
Terre Haute, IN 47807
United States

LESA|
MAi|

RECEIVED

OCT 2 5 2019

U.S. CLERK'S OFFICE



UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER