**FILED**

OCT 28 2019

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIAN

WESLEY I. PURKEY,

    Plaintiff,

vs.

                             Case No. 2:19-CV-00517-JRS-DLP

WILLAIM BARR /
United States Attorney General, et al.,

    Defendants.

### Motion To Proceed IFP In This Action And Given An Exception To The Three Strike Rule Under 28 U.S.C. §1915g Because Of The Imminent Danger Of Serious Injury That The Plaintiff Is Facing

The Plaintiff Wesley I. Purkey, hereafter "Purkey", acting pro se herein does request that the Court grant him with an exception to the three strike provision under 28 U.S.C. §1915g because of the imminent serious danager of serious injury that he faces, as the facts delineated and enunciated through the Complain brings to bear. Here Purkey does not only face serious imminent danger of serious injury cause from the protracted and ongoing chronic sleep deprivation as a consequence of the defendants admitted policy to wake prisoners' up every fifteen minutes who reside on what is known as, Execution Range to assure that they are alive and breathing causing severe anxiety, stress, headackes, chest pains and acute fatigue and other phyical and psychological damages, but as well faces irreparable harm, i.e. death from the defendants arbitrary selection of scheluding his execution date in violation of equal protection of the law. Whereas based on the 'Imminent danger of serious harm that Purkey faces under the given irrefutable circumstances he has satisfied the applicable standards of law for the court to grant his requested exception to the three-strikes provisions pursuant to 28 U.SS.C. §1915g.

    The Seventh Circuit Court of Appeals has readily held that when an inmate

1.

has alleged sufficient faces that they are facing imminent danger of a serious physical injury that the district court should grant them an exception to the provision of the three-strike rule as set forth through 28 U.S.C. §1915g. <u>Wallace v. Baldwin,</u> 895 F.3d 481, 482-83 (7th Cir. 2018). Further' the Seventh Circuit has reiterated that the district court for weighing whether or not to grant an inmate with an exception to the three-strikes provision under 28 U.S.C. §1915g must take claims presented through either the inamte's complaint filed and/or their affidavit attached to such. <u>Sanders v. Melvin,</u> 873 F.3d 957, 960 (7th cir. 2017). In the case sub judice Purkey's complaint is signed under declaration of penalty of perjury pursuant to 28 U.S.C. §1746 and for all purposes thereafter must be accepted by the court the same as any other affidavit. <u>id.</u>

Based on the claims and facts delineated and enunciated through the complaint demonstrating the imminent danger of serious harm Purkey has and continues to face he respectfully request that the court grant him an exception to the three-strike provision as set forth through 28 U.S.C. §1915g, and allow him to proceed informa pauperis.

Dated: October 21st., 2019

Respectfully Submitted,

Wesley I. Purkey #14679-045
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808
Plaintiff/pro se