UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA

WESLEY I. PURKEY,

    Plaintiff,

vs.

                              Case No. 2:19-CV-00517-JRS-DLP

WILLIAM BARR,
UNITED STATES ATTORNEY GENERAL, et al.,

    Defendants.

---

## MOTION FOR APPOINTMENT OF COUNSEL

The Plaintiff Wesley I. Purkey (hereafter 'Purkey') acting pro se herein moves the Court for appointment of counsel to reaapresent him in this cas pursuant to 28 U.S.C. § 1915(e)(1). In support of this motion requesting appintment for counsel, Purkey states the following:

1. Purkey is not able to retain, nor afford counsel on his own.

2. Purkey has made efforts to obtain counsel to represent him in this Civil Rights Action such as through the following without success:

Rebbecca E Woodman
1263 W. 72nd Terr
Kansas CITY, MO 64114

George G Kouros
Fed.Public Defender Off.
55 E Monroe ST
Suite 2800
Chicago, IL 60603

Michelle M Law
901 St. Louis Street
Suite 801
Springfield, MO 65806

3. Because of Purkey's imminent execution date of December 13th, 2019 he is requesting that the court appoint counsel to afford him with an opportunity to present arguments in support of the requested Injunctive Relief Requested, and to take and expedite the requested discovery to support his claims presented via the action filed.

WHEREFORE' Purkey respectuflly request that the Court will appoint him Counsel to represent him in this case.

Dated: October 11th, 2019

Respectfully Submitted,

_Wesley J Purkey_

Wesley I. Purkey #14679-045
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808
Plaintiff / pro se