Wesley I. Purkey #14679-045
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808







US OFFICIAL MAIL >> PENALTY FOR
PRIVATE USE $300

PITNEY-BOWES

ZIP 47802   **$ 000.00⁰**
02 1W
0004887589



**USPS TRACKING #**

9114 9023 0722 4291 8265 89

L  E  G  A  L

M  A  I  L

INMATE
IDENTIFICATION
CONFIRMED

⇔14679-045⇔
Laura Briggs
U.S. Dist. Courthouse
921 OHIO ST
Terre Haute, IN 47807
United States



UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

LESAl
MAil

RECEIVED

OCT 2 5 2019

U.S. CLERK'S OFFICE