UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| WESLEY I. PURKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:19-cv-00517-JRS-DLP |
| | ) | |
| WILLIAM BARR, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## SUMMONS IN A CIVIL CASE

TO:    United States Attorney General          William Barr
       Department of Justice                   U.S. Attorney General
       10th and Constitution Ave., NW          10th & Constitution Ave., NW
       Washington, DC  20530                   Washington, DC 20530

       Office of the United States Attorney     Hugh Hurwitz
       Southern District of Indiana             Director
       10 W. Market St.                         U.S. Bureau of Prisons
       Suite 2100                               320 1st St., NW
       Indianapolis, IN  46204-3048             Washington, DC 20534

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon WESLEY I. PURKEY, 14679-045, TERRE HAUTE - USP, Inmate Mail/Parcels, P.O. BOX 33, TERRE HAUTE, IN 47808, an answer to the complaint which is herewith served upon you, within 60 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

11/12/19
_____
Date

CLERK OF COURT, Laura A. Briggs

BY: