# UNITED STATES DISTRICT COURT
## Southern District of Indiana

|  |  |  |
|---|---|---|
| WESLEY I. PURKEY | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) CASE NO. 2:19−cv−00517−JRS−DLP | |
| | ) | |
| WILLIAM BARR, et al. | ) | |
| Defendant(s) | ) | |

## ORDER REASSIGNING CASE

       Pursuant to Title 28 U.S.C. Section 137 and Local Rule 40−1(f) of the Southern District of Indiana, the Clerk is directed to directly reassign this case to Judge Jane Magnus−Stinson . Upon completion of the reassignment the Clerk will notify the parties in the case of the newly assigned Judge.

DATE: <u>November 13, 2019</u>        <u>s/   Judge James R. Sweeney II</u>
                                  United States District Court
                                  Southern District of Indiana