# UNITED STATES DISTRICT COURT

## Southern District of Indiana

### Laura A. Briggs

### Clerk of the Court

46 East Ohio Street, Room 105
Indianapolis, Indiana
46204

921 Ohio Street
Terre Haute, Indiana
47807

101 Northwest MLK Boulevard
Evansville, Indiana
47708

121 West Spring Street
New Albany, Indiana
47150

November 13, 2019

Re: PURKEY v. BARR et al
Cause Number: 2:19–cv–00517–JMS–DLP

TO ALL COUNSEL OF RECORD:

Pursuant to Local Rule 40–1, the above matter was reassigned from the docket of Judge James R. Sweeney II to the docket of Judge Jane Magnus–Stinson on November 13, 2019. The cause number above has been changed to reflect the initials of the newly assigned district and/or magistrate judge. **Please note that cause number 2:19–cv–00517–JMS–DLP should be used on all future filings.**

Sincerely,

Laura A. Briggs, Clerk of Court

By: s/Rebekah Farrington
Rebekah Farrington, Deputy Clerk