# Inmate Inquiry

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 14679045 | **Current Institution:** | Terre Haute - FCC |
| **Inmate Name:** | PURKEY, WESLEY | **Housing Unit:** | THP-X-A |
| **Report Date:** | 10/23/2019 | **Living Quarters:** | X01-313L |
| **Report Time:** | 10:35:44 AM | | |

General Information    |    Account Balances    |    Commissary History    |    Commissary Restrictions    |    Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | **8538** |
| PAC #: | 564202640 |
| Revalidation Date: | 28th |
| FRP Participation Status: | Completed |
| Arrived From: | THA |
| Transferred To: | |
| Account Creation Date: | 5/24/2002 |
| Local Account Activation Date: | 2/10/2004 6:25:27 AM |
| Sort Codes: | |
| Last Account Update: | 10/22/2019 1:58:07 PM |
| Account Status: | Active |
| Phone Balance: | $2.37 |

### Pre-Release Plan Information

| | |
|---|---|
| Target Pre-Release Account Balance: | $0.00 |
| Pre-Release Deduction %: | 0% |
| Income Categories to Deduct From: | ☐ Payroll    ☐ Outside Source Funds |

### FRP Plan Information

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $105.33 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |

Administrative Hold Balance: $0.00

Available Balance: $105.33

National 6 Months Deposits: $1,210.00

National 6 Months Withdrawals: $1,266.46

Available Funds to be considered for IFRP Payments: $760.00

National 6 Months Avg Daily Balance: $129.58

Local Max. Balance - Prev. 30 Days: $176.08

Average Balance - Prev. 30 Days: $82.10

## Commissary History

### Purchases

Validation Period Purchases: $148.90

YTD Purchases: $148.90

Last Sales Date: 10/22/2019 1:58:07 PM

### SPO Information

SPO's this Month: 0

SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No

Weekly Revalidation: No

Bi-Weekly Revalidation: Yes

Spending Limit: $180.00

Expended Spending Limit: $83.90

Remaining Spending Limit: $96.10

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00

Restricted Expended Amount: $0.00

Restricted Remaining Spending Limit: $0.00

Restriction Start Date: N/A

Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
|-----------|-----------|------------|----------|--------|