

Wesley I. Purkey #14679-045
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808

**MAIL FROM UNITED STATES PENITENTIARY**



INMATE
IDENTIFICATION
CONFIRMED



LEGAL MAIL

⇔ 14679-045 ⇔
Laura Briggs
U.S. Dist. Courthouse
921 OHiO ST
Terre Haute, IN 47807
United States

**RECEIVED**

NOV 1 8 2019

U.S. CLERK'S OFFICE



UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

47807-373899