U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| WESLEY I. PURKEY | 2:19-cv-00517-JRS-DLP |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| WILLIAM BARR, et al. | Entry, Summons, Complaint |

| | NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| SERVE AT | US Attorney General, Department of Justice |
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* |
| | 10th and Constitution Ave., NW, Washington, DC 20530 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| | Number of process to be served with this Form 285 | 1 |
| Clerk of Court | Number of parties to be served in this case | 4 |
| | Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include **Business and Alternate Addresses**, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of: | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| s/ R. Farrington, Deputy Clerk | | (812) 231-1841 | 11/12/19 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 4 | 028 | 028 | K Estrada | 11-12-2019 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation. etc., at the address shown above on the on the individual , company, corporation. etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation. etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|---|

FILED
DEC 02 2019
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| Address *(complete only different than shown above)* | Date | Time | ☐ am ☒ pm |
|---|---|---|---|
| | 11/26/19 | 1322 | |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 8 00 | | | 8 00 | | 8 00 |

REMARKS:

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13



SENDER: COMPLETE THIS SECTION

■ Ensure items 1, 2, and 3 are completed.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

2:19-cv-00517

1. Article Addressed to:

United States Attorney General
Department of Justice
10th and Constitution Ave. NW
Washington DC 20530-0001

9490 9169 0224 6689 4233 88

2. Article Number (Transfer from service label)
9402 7169 0224 6689 4233 65

PS Form 3811 Facsimile, July 2015 (SDC 3930)

COMPLETE THIS SECTION ON DELIVERY

A. Signature ( ☐ Addressee or ☐ Agent)
X

B. Received by (Printed Name)      C. Date of Delivery
NOV 19 2019

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:          ☐ No

3. Service Type
☑ Certified Mail

UNITED STATES
2019 NOV 25 PM 2:03
S. DISTRICT
DIANA
RECEIVED

Domestic Return Receipt