UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

WESLEY I. PURKEY,                         )
                                          )
                    Plaintiff,            )
                                          )
        v.                                )        No. 2:19-cv-00517-JMS-DLP
                                          )
WILLIAM BARR,                             )
HUGH HURWITZ,                             )
                                          )
                    Defendants.           )

**Order on Motion to Proceed *In Forma Pauperis***

The plaintiff's motion to proceed *in forma pauperis*, dkt. [12], is **granted** to the extent that

the plaintiff is assessed an initial partial filing fee of Forty Dollars and Thirty-Three Cents

($40.33). *See* 28 U.S.C. § 1915(b)(1). The plaintiff shall have **through December 26, 2019**, in

which to pay this sum to the clerk of the district court.

The plaintiff is informed that after the initial partial filing fee is paid, he will be obligated

to make monthly payments of 20 percent of the preceding month's income each month that the

amount in his account exceeds $10.00, until the full filing fee of $350.00 is paid. 28 U.S.C.

§ 1915(b)(2). After the initial partial filing fee is received, a collection order will be issued to the

plaintiff and the plaintiff's custodian, and the Court will screen the complaint in accordance with

28 U.S.C. § 1915A.

    **IT IS SO ORDERED.**

Date: 12/2/2019

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

WESLEY I. PURKEY
14679-045
TERRE HAUTE - USP
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808