Case 2:19-cv-00517-JRS-DLP   Document 8   Filed 11/12/19   Page 31 of 33 PageID #: 71

| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See *"Instructions for Service of Process by U.S. Marshal"* |
|---|---|

| PLAINTIFF<br>**WESLEY I. PURKEY** | COURT CASE NUMBER<br>**2:19-cv-00517-JRS-DLP** |
|---|---|
| DEFENDANT<br>**WILLIAM BARR, et al.** | TYPE OF PROCESS<br>**Entry, Summons, Complaint** |

**SERVE AT** {

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
**Office of the US Attorney**

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
**10 West Market Street, Suite 2100, Indianapolis, IN 46204-3048**

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| **Clerk of Court** | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 4 |
| | Check for service on U.S.A. | ✓ |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include **Business and Alternate Addresses**, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney other Originator requesting service on behalf of:<br>**s/ R. Farrington, Deputy Clerk** | ☑ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>**(812) 231-1841** | DATE<br>**11/12/19** |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>4 | District of Origin<br>No. 028 | District to Serve<br>No. 028 | Signature of Authorized USMS Deputy or Clerk<br>*K Estrada* | Date<br>11-12-2019 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☑ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)*<br>*Broc Gallmar* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date<br>12/9/19 | Time<br>8:50 ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee<br>65.00 | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges<br>65.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>65.00 |
|---|---|---|---|---|---|

*FILED*

REMARKS:

DEC 23 2019

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| **DISTRIBUTE TO:** | 1. CLERK OF THE COURT<br>2. USMS RECORD<br>3. NOTICE OF SERVICE<br>4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.<br>5. ACKNOWLEDGMENT OF RECEIPT | PRIOR EDITIONS MAY BE USED<br><br>Form USM-285<br>Rev. 11/13 |
|---|---|---|