UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA

WESLEY I. PURKEY,

    Plaintiff,

vs.

WILLIAM BARR, et al.,

    Defendants.

**FILED**

**10:56 am, Jan 06, 2020**

**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
Laura A. Briggs, Clerk

Case #2:19-cv-00517-JMS-DLP

## PURKEY'S RESPONSE TO THE COURT'S MANDATE DKT. 17

Comes Now the Plaintiff Wesley I. Purkey ("Purkey"), acting pro se herein and does give response as ordered by the Court through its' December 17th, 2019 mandate requiring Purkey's to "show cause" why Inmate Daniel Lee show not be granted permission to intervene in this action before the Court. See Dkt. 17. Whereas' Purkey has no objections to such intervention by Inmate Daniel Lee as seen that facts asserted by Purkey anent the alllged arbitrary slection process designating him for execution by U.S. Attorney General Barr and/or the other named defendants are germane to him as well.

Further' the defendants after issuance of summons on November 12th, 2019 - Dkt. 7 and return of service on December 2nd., 2019 have failure to timely give Response pursuant to Rule 4(a);Fed.R. Civ.P. This issue is relevant as well in considering whether or not to grant Lee's request for intervention, whereas Purkey will be filing a Motion For Deflaut within the next two weeks if such response is not filed by the defendants.

January 2nd., 2019

RESPECIFULLY SUBMITTED,

Wesley I. Purkey #14679-045
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808

## Certificate of Service

An amended certificate of service will be provided when counsel has been designated for representing the named defendants.

Wesley I. Purkey/declarant