Laura Briggs
U.S. Dist. Courthouse
921 OHIO ST
Terre Haute, IN 47807

January 2nd., 2019

Case: Purkey v. Barr, #2:19-cv-00517-DMS-DLP

Dear Ms. Briggs,

    Please find enclosed my response to the Court's mandated order – Dkt. 17, whereas I have enclosed the original Motion, plus an additional copy for filing with the Court.

    Thank you for your attention to this filing.

Sincerely,

Wesley I. Purkey #14679-045
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808
Plaintiff / pro se

cc: file