

Wesley I. Purkey #14679-045
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808

LEGAL
MAIL

RECEIVED

JAN 0 6 2020

U.S. CLERK'S OFFICE

RECEIVED

JAN 0 6 2020

U.S. CLERK'S OFFICE

INDIANAPOLIS IN 460

06 JAN 2020 PM 1 L

Legal Mail / U.S.Dist.Court
⇕14679-045⇕
Laura Briggs
U.S. Dist. Courthouse
921 OHIO ST
Terre Haute, IN 47807
United States

Legal mail —



PURPLE HEART
FOREVER USA

UNITED STATES MARSHAL
PACKAGE SCREENED BY
MAGNETOMETER