UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA

**FILED**

WESLEY I'I PURKEY'I

    Plaintiff,

JAN 1 0 2020

vs.

**U.S. CLERK'S OFFICE**
**INDIANAPOLIS, INDIANA**

Case No. 2:19-cv-00517-JMS-DLP

WILLIAM BARR, et. al.,

    Defendants.

---

### MOTION FOR DEFAULT JUDGMENT UNDER RULE 55(b);FED.R.CIV.P.

Comes now the Plaintiff Wesley I'I Purkey ("Purkey"), acting pro se herein and does the Court to enter a Default Judgment against the defendants for their failure to timely give Response/Answer to Purkey's Complaint filed October 28th, 2019. Whereas' based the time limitations set forth through Rule 12(a);Fed.R'ICiv.P. the defendants had twenty-one (21) days from the time summons were issued and returned in such case to give a response/answer to the complaint. Here the Court issued summons on November 12th, 2019 (dkt. 7) and return of such summons were received on November 26th, 2019 (dkt. 13). Under governing Rule 12(a);Fed.R'ICiv.P'I the defendants 21 day period for providing a response/answer to the plaintiff's complaint absent such pleading Purkey is entitled to a default judgment. See Local Rule (S.D.Ind'I)/Rule B-7055-1. Default.

In granting such Motion For A Default Judgment the Court should grant Purkey all relief requested through his Complaint filed with the Court'I as well as all cost incurred in this filing and prosecuting such litigation. S.D.Ind. B-7055(b).

Wherefore' Purkey request that the Court grant his Motion for a default judgment against the defendants for the reasons stated herein, and grant him all relief requested through the complaint filed.

Respectfully Submitted,

Wesley I'I Purkey #14679-045
United States Penitentiary
P.O'I Box 33
Terre Haute, IN 47808
Plaintiff / pro se

1.

## Certificate Of Service

Unded S.D.'Ind. B-9013-2 any Motion for a Default Judgment must be accompanied by a Certificate of Service'' although counsel for the defendants have not made a formal appearance in this litigation, whereas Purkey will file an amended Certificate of Service when such appearance by defendants' counsel is made.

_____
Wesley I'' Purkey / declarant

2.