Laura Briggs
U.S. Dist. Courthouse
921 OHIO ST
Terre Haute, IN 47807

January 6th, 2019

Purkey v. William Barr, et al'', 2:19-cv-00517 (S.D.Ind)

Dear Ms. Briggs,

Please find enclosed my Motion for a Default Judgment, whereas I have enclosed the original, plus an addition copy for filing with the court. If addition information and/or documentation is needed for filing such pleading please advise.

Thank you for your attention to this matter.

Sincerely,

Wesley I'' Purkey #14679-045
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808
Plaintiff / pro se

cc: file