Wesley I. Purkey #14679-045
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808

# RECEIVED

JAN 0 8 2020

U.S. CLERK'S OFFICE

L E G A L
      M A I L

L E G A L
      M A I L

INDIANAPOLIS IN 460

06 JAN 2020   AM 3 1

⇔14679-045⇔
Laura Briggs
U.S. Dist. Courthouse
921 OHIO ST
Terre Haute, IN 47807
United States

47807-373899

