## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE DIVISION

**WESLEY I. PURKEY,**

        **Plaintiff,**                      **Civil Case No. 2:19-cv-00517-JMS-DLP**

**v.**

**WILLIAM BARR, et al,**

        **Defendants.**

### NOTICE OF WITHDRAWAL OF MOTION TO INTERVENE

COMES NOW Daniel Lewis Lee, by and through counsel, and gives notice to this Court that he hereby withdraws his Motion to Intervene (Dkt. 16). On December 17, 2019, this Court entered an Order (Dkt. 17) advising Mr. Lee that he had until January 17, 2020, to notify this Court whether he wished to continue to intervene in this action or withdraw his motion to intervene. Pursuant to that Order, Mr. Lee conferred with undersigned counsel, indicated that he no longer wished to continue to intervene in this action, and authorized the undersigned to give the Court notice that he wishes to withdraw his motion.

Respectfully submitted this 17th day of January 2020.


/s/ George G. Kouros
GEORGE G. KOUROS
Assistant Federal Public Defender
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
(301) 821-0855
George_Kouros@fd.org

Counsel for Daniel Lewis Lee

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the

United States District Court for the Southern District of Indiana using the CM/ECF system on

January 17th, 2020. I certify service of the foregoing motion was made on the same day via First

Class Mail, United States Postal Service, on the following:

WESLEY I. PURKEY, Reg. No. 14679-045
TERRE HAUTE - USP
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

By: /s/ *George G. Kouros*
GEORGE G. KOUROS
Attorney for Daniel Lee
Assistant Federal Public Defender
Federal Capital Habeas Project
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770
Telephone: (301) 821-0855
Email: George_Kouros@fd.org

2