JAN. 10TH 2020

PURKEY -VS- BARR

# 2:19-CV-00517-JMS. DLP

2020 JAN 17 PH 3: 14

FILED

This LETTER IS IN RESPONCE TO THIS COURTS ORDER OF DEC. 17TH 2019. I AM WRITING TO NOTIFIE THE COURT THAT I NO LONGER WISH TO INTERVENE IN THIS ACTION AND I HEAR BY WITH DRAW MY MOTION.

THANK YOU.

DANIEL LOUIS LEE
# 21303 -009
FEDERAL DEATH ROW UNIT
P.O. BOX 33
TERRE HAUTE, IN.
47808

