Darrell Lewis Lott
# 21353-009
Federal Death Row Unit
P.O. Box 33
Terre Haute, IN.
47808

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

INMATE
IDENTIFICATION
CONFIRMED

RECEIVED
JAN 15 2020
U.S. CLERK'S OFFICE

Legal mail

47807-373899

Clerks Office
U.S. Court House
921 Ohio St.
Terre Haute, IN.
47807

1-10-20