UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

WESLEY I. PURKEY,          )
                             )
        Plaintiff,      )
                             )
     v.            )      Cause No. 2:19-cv-00517-JMS-DLP
                             )
WILLIAM BARR, *et al.*,     )
                             )
        Defendants.    )

## APPEARANCE

Josh J. Minkler, United States Attorney for the Southern District of Indiana, by Shelese Woods, Assistant United States Attorney for the Southern District of Indiana, enters his appearance as counsel for the Defendant, William Barr, Attorney General of the United States of America, in his official capacity only, and Kathleen Sawyer[1], Director of the Federal Bureau of Prisons, in her official capacity only.

JOSH J. MINKLER
United States Attorney

By:    _s/ Shelese Woods_____
       Shelese Woods
       Assistant United States Attorney

---

[1] Pursuant to Fed. R. Civ. P. 25, the current Director of the Federal Bureau of Prisons, Kathleen Sawyer, is automatically substituted for the former Acting Director of the Federal Bureau of Prisons, Hugh Hurwitz, as to the official capacity claims asserted against the Director.

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2020, the foregoing was filed electronically through

ECF/CM.  On this same date, I have served as copy of the foregoing upon the following by first

class mail, prepaid, and properly addressed to:

WESLEY I. PURKEY
14679-045
TERRE HAUTE - USP
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808


s/ *Shelese Woods*
Shelese Woods
Assistant United States Attorney

Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204
(317) 226-6333
(317) 226-6125 [Fax]