UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| WESLEY I. PURKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 2:19-cv-00517-JMS-DLP |
| | ) | |
| WILLIAM BARR, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**OFFICIAL CAPACITY DEFENDANTS' RESPONSE TO MOTION FOR DEFAULT**

In response to the Plaintiff's Motion for Entry of Default (Docket No. 21), the undersigned respectfully notifies the Court of the following on behalf of the Defendants William Barr, Attorney General, in his official capacity only, and Kathleen Sawyer, Director of the Federal Bureau of Prisons, in her official capacity only, and the official capacity Defendants request that the Court deny the Plaintiff's motion:

The Plaintiff filed his lawsuit in the United States District Court for the Southern District of Indiana on October 28, 2019.   (Docket No. 1.)   The Complaint was screened and severed on November 12, 2019; and summons was ordered to be served on the Defendants in both their official and individual capacities.   (Docket No. 6.)   The named Defendants remaining in this case are Attorney General William Barr and former Acting Director of the Federal Bureau of Prisons Hugh Hurwitz.[1]   Barr and Hurwitz were named as Defendants in both their individual and official capacities

---

[1] Pursuant to Fed. R. Civ. P. 25, the current Director of the Federal Bureau of Prisons, Kathleen Sawyer, is automatically substituted for former Acting Director Hurwitz as to the official capacity claims.

The United States' Attorney's Office received a copy of the summons and complaint on December 19, 2019 (Docket No. 18), making the Answer or other responsive pleading of the official capacity Defendants due on or before February 18, 2020.   Fed. R. Civ. P. 12(a)(3). Accordingly, there is no basis under the Federal Rules of Civil Procedure to default the official capacity Defendants, and the Court should deny the Plaintiff's motion.

Because Plaintiff's Complaint asserts both official and individual capacity claims against the named defendants, process must be served on the named Defendants in both their official and individual capacities.   *Robinson v. Turner*, 15 F.3d 82, 85 (7th Cir. 1994) (citing *Micklus v. Carlson*, 632 F.2d 227, 240 (3d Cir.1980)).   The Department of Justice has notified the undersigned that neither William Barr nor Hugh Hurwitz has been served in their individual capacities.   *See* Fed. R. Civ. P. 4(i)(3).   Both Barr and Hurwitz are in the process of requesting Department of Justice representation for the individual capacity claims asserted against them, although representation has not yet been authorized.

Respectfully submitted,

By:    *s/ Shelese Woods*
Shelese Woods
Assistant United States Attorney

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2020, the foregoing was filed electronically through

ECF/CM.   On this same date, I have served as copy of the foregoing upon the following by first

class mail, prepaid, and properly addressed to:

WESLEY I. PURKEY
14679-045
TERRE HAUTE - USP
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

*s/ Shelese Woods*
Shelese Woods
Assistant United States Attorney

Office of the United States Attorney
10 West Market Street
Suite 2100
Indianapolis, Indiana 46204

3