UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

WESLEY I. PURKEY,                          )
                                           )
                    Plaintiff,             )
                                           )
        v.                                 )    Case No. 2:19-cv-00517-JMS-DLP
                                           )
WILLIAM BARR, et al.                       )
                                           )
                    Defendants,            )
                                           )

**NOTICE OF APPEARANCE**

Pursuant to Local Rule 83-7(a)(1), please enter the appearance of the undersigned as

counsel for Defendants William Barr and Hugh Hurwitz, in their individual capacities, in the

above-captioned matter.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

C. SALVATORE D'ALESSIO, JR.
Acting Director, Torts Branch

ANDREA W. MCCARTHY
Senior Trial Counsel

/s/*Glenn S. Greene*
GLENN S. GREENE
(New York State Bar No. 2674448)
Senior Trial Attorney
U.S. Department of Justice, Civil Division
Constitutional and Specialized Tort
Litigation
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4143
Fax: (202) 616-4314
Email: Glenn.Greene@usdoj.gov

Attorneys for Defendants Barr and Hurwitz
in their individual capacities

Dated: January 24, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2020, the foregoing was filed electronically through ECF/CM. On this same date, a copy of the foregoing was served upon the following by first class mail, prepaid, and properly addressed to:

Wesley I. Purkey
Inmate #14679-045
Terre Haute – USP
Inmate Mail/Parcels
P.O. Box 33
Terre Haute, Indiana 47808

<em>s/ Glenn S. Greene</em><br>
Glenn S. Greene<br>
Senior Trial Attorney<br>
U.S. Department of Justice, Civil Division<br>
Constitutional and Specialized Tort Litigation<br>
P.O. Box 7146, Ben Franklin Station<br>
Washington, D.C. 20044<br>
Telephone: (202) 616-4143<br>
Fax: (202) 616-4314<br>
Email: Glenn.Greene@usdoj.gov