UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| WESLEY I. PURKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:19-cv-00517-JMS-DLP |
| | ) | |
| WILLIAM BARR, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY RESOLVING MOTION TO INTERVENE
AND MOTION FOR DEFAULT JUDGMENT**

Daniel Lee's motion to intervene, dkt. [16], is **withdrawn** pursuant to his notice at dkt. 22.

The **clerk is directed** to terminate the pending motion to intervene, dkt. [16]. The **clerk is further**

**directed** to terminate Mr. Lee's status as an interested party on the docket.

Wesley Purkey's motion for default judgment, dkt. [21], is **denied as premature**. The

United States Attorney's Office received service on December 19, 2019. Dkt. 18. Pursuant to

Federal Rule of Civil Procedure 12(a)(1)(A)(2), no answers are due before February 18, 2020.

**IT IS SO ORDERED.**

Date: 1/27/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

WESLEY I. PURKEY
14679-045
TERRE HAUTE - USP
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

DANIEL LEWIS LEE
21303-009
TERRE HAUTE - USP
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

Glenn Greene
U.S. DEPARTMENT OF JUSTICE - CIVIL (Washington DC)
glenn.greene@usdoj.gov

Shelese M. Woods
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
shelese.woods@usdoj.gov

George Gust Kouros
FEDERAL CAPITAL HABEAS PROJECT
6411 Ivy Lane
Suite 710
Greenbelt, MD 20770