UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

WESLEY I. PURKEY,                                )
                                                 )
                    Plaintiff,                   )
                                                 )
            v.                                   )        No. 2:19-cv-00517-JMS-DLP
                                                 )
WILLIAM BARR, et al.                             )
                                                 )
                    Defendants.                  )

**ENTRY CLARIFYING TIME TO ANSWER**

The defendants assert that service has not issued to Attorney General Barr and Director Hurwitz in their individual capacities. However, each has been served in a manner authorized by the laws of Indiana (where this Court sits) and the District of Columbia (where service was made) as permitted Federal Rules of Civil Procedure 4(e)(1) and 4(i)(3).

In both jurisdictions, service may be completed by sending a copy of the summons and complaint by certified mail to the individual's place of business or employment with return receipt requested. *See* Ind. R. Trial P. 4.1(A)(1); D.C. Supr. Ct. R. Civ. P. 4(c)(4). Indiana law "specifically allows someone other than the defendant to accept service." *Robinson v. Turner*, 15 F.3d 82, 86 (7th Cir. 1994) (as cited at dkt. 25, p. 2.). Mr. Barr was issued service by certified mail on November 19, 2019. *See* dkt. 13.

Both jurisdictions also permit service by leaving a copy of the summons and complaint at a person's dwelling or usual place of abode. *See* Ind. R. Trial P. 4.1(A)(3); D.C. Supr. Ct. R. Civ. P. 4(e)(2)(B). The Marshals Service issued service to Mr. Hurwitz on December 26, 2019, by leaving the necessary materials with a person of suitable age and discretion residing at his usual place of abode. *See* dkt. 19.

Mr. Barr shall have **through February 18, 2020** (60 days after the United States Attorney was served), to answer the complaint. Mr. Hurwitz shall have **through February 24, 2020**, to answer.

**IT IS SO ORDERED.**

Date: 1/27/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

WESLEY I. PURKEY
14679-045
TERRE HAUTE – USP
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

Glenn Greene
U.S. DEPARTMENT OF JUSTICE - CIVIL (Washington DC)
glenn.greene@usdoj.gov

Shelese M. Woods
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
shelese.woods@usdoj.gov