UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

WESLEY I. PURKEY,                         )
                                          )
                    Plaintiff,            )
                                          )
            v.                            )        No. 2:19-cv-00517-JMS-DLP
                                          )
WILLIAM BARR, et al.                      )
                                          )
                    Defendants.           )


TO:     Warden, TERRE HAUTE - USP CORRECTIONAL FACILITY


**Order Directing Prisoner Payment**

The plaintiff's request to proceed *in forma pauperis* was granted through the assessment of an initial partial filing fee. That sum has been paid. However, plaintiff is still obligated to pay the remainder of the three hundred and fifty dollars ($350.00) filing fee pursuant to the statutory formula set forth in 28 U.S.C. § 1915(b)(2). "All § 1915 has ever done is excuse pre-payment of the docket fees; a litigant remains liable for them, and for other costs, although poverty may make collection impossible." *Abdul-Wadood v. Nathan*, 91 F.3d 1023, 1025 (7th Cir. 1996).

In order to provide for the orderly payment of the balance of the filing fee owed in this case, the Court directs the following:

1.      Plaintiff's custodian is directed to **withhold** sums from the inmate trust account of **WESLEY I. PURKEY**, **14679-045**, and to **forward** such sums to the Clerk of this Court at 921 Ohio Street, Terre Haute, Indiana, 47807, consistent with paragraph 2 of this Entry. The appropriate cause number, 2:19-CV-00517-JMS-DLP, should be placed on each payment sent to the Clerk.

2.      The sums withheld and forwarded shall be twenty percent (20%) of the preceding month's income credited to the inmate's account. Such sums shall be forwarded to the Clerk each time the amount in the inmate's account exceeds Ten Dollars ($10.00) until the filing fee is paid.

3.      As of the issuance of this Order, the balance of the filing fee still due in this case is $308.00.

4.      A copy of this Order shall be sent to plaintiff and to plaintiff's custodian.

5.       If other orders have been issued directing the withdrawal of 20% of the plaintiff's funds for other cases, these orders shall cumulate and therefore, for example, if there are currently three such court orders in effect, 60% of the plaintiff's income shall be withheld each month and remitted to the Clerk each time the account balance exceeds Ten Dollars ($10.00).


**IT IS SO ORDERED.**


Date: 2/4/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana


Distribution:

All ECF-registered counsel of record via email

WESLEY I. PURKEY
14679-045
TERRE HAUTE - USP
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

Warden
TERRE HAUTE - USP CORRECTIONAL FACILITY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

Financial Deputy Clerk