UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| WESLEY I. PURKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 2:19-cv-00517-JMS-DLP |
| | ) | |
| WILLIAM BARR, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**OFFICIAL CAPACITY DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME**

The Defendants William Barr, Attorney General, in his official capacity only, and Kathleen Sawyer, Director of the Federal Bureau of Prisons, in her official capacity only, respectfully request an additional four business days to answer or otherwise respond to the Plaintiff's Complaint for the following reasons:

1.     The Plaintiff filed his lawsuit on October 28, 2019.   (Docket No. 1.)   The Official Capacity Defendants' answer or other responsive pleading is currently due on or before February 18, 2020.

2.     Defendant William Barr, in his individual capacity, has requested a short enlargement of time to file his answer or other responsive pleading to February 24, 2020. (Docket No. 32.)   Likewise, the Official Capacity Defendants intend to file a dispositive motion which, if granted, would resolve the case without the need for discovery or motions practice.   In the interest of efficiency and judicial economy, the Official Capacity Defendants request that their deadline to file an answer or dispositive motion be similarly extended so that the dispositive motions are not staggered.

3. Moreover, the undersigned counsel is currently scheduled to be in a jury trial in *Gilmore v. Decker, et al.*, Cause No. 2:16-cv-00209-JMS-MJD, starting on February 10, 2020, which is expected to last three days. The undersigned therefore requires additional time to draft the dispositive motion and have it reviewed by the appropriate officials before filing.

4. This motion is filed in good faith and not for the purpose of delay.

WHEREFORE, the Official Capacity Defendants respectfully request that the Court grant their motion for enlargement of time and order that their answer or other responsive pleading is due on or before February 24, 2020.

Respectfully submitted,

By:  *s/ Shelese Woods*
Shelese Woods
Assistant United States Attorney

2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2020, the foregoing was filed electronically through

ECF/CM.   On this same date, I have served as copy of the foregoing upon the following by first

class mail, prepaid, and properly addressed to:

WESLEY I. PURKEY
14679-045
TERRE HAUTE - USP
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808


*s/ Shelese Woods*
Shelese Woods
Assistant United States Attorney


Office of the United States Attorney
10 West Market Street
Suite 2100
Indianapolis, Indiana 46204

3