UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

WESLEY I. PURKEY,                          )
                                           )
                  Plaintiff,               )
                                           )
          v.                               )        Cause No. 2:19-cv-00517-JMS-DLP
                                           )
WILLIAM BARR, *et al*.,                    )
                                           )
                  Defendants.              )

## ORDER

The Court, having reviewed the Motion for Enlargement of Time filed by Defendants

Barr and Sawyer in their official capacity, and being duly advised, hereby **GRANTS** the Motion

and extends the Defendants' deadline, to and including February 24, 2020, to file their answer or

other responsive pleading to the Complaint.

**IT IS SO ORDERED** this _____ day of _____, 2020.


_____
JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

Via United States mail to:

WESLEY I. PURKEY
14679-045
TERRE HAUTE - USP
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

1