UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

WESLEY I. PURKEY,                    )
                                     )
            Plaintiff,               )
                                     )
      v.                             )        Case No. 2:19-cv-00517-JMS-DLP
                                     )
WILLIAM BARR, et al.                 )
                                     )
            Defendants,              )
                                     )

**INDIVIDUAL CAPACITY DEFENDANT WILLIAM BARR'S
MOTION FOR EXTENSION OF TIME TO RESPOND**

Pursuant to Local Rule 7-1(c)(4), Defendant William Barr, in his individual capacity,

hereby submits this Motion to Extend the due date for his response to the Complaint filed in this

matter. In support of this request, Defendant Barr states as follows:

1.     Plaintiff Wesley Purkey is a federal inmate sentenced to receive the death penalty.

Purkey was scheduled for execution on December 13, 2019. On October 28, 2019, Purkey filed a

Complaint alleging that his execution date was scheduled ahead of other federal prisoners with

death sentences because of Purkey's race and/or "jailhouse lawyering" activities. Purkey claims

this violates his rights under the First and Fifth Amendments. Purkey's suit seeks compensatory

damages, as well as equitable relief in the form of a declaratory judgment and an injunction

requiring the production of information relied on in selecting him for execution.

2.     The named defendants in Purkey's Complaint are United States Attorney General William Barr and former Acting Director of the Federal Bureau of Prisons ("BOP") Hugh Hurwitz.[1] Barr and Hurwitz are named as defendants in their individual and official capacities.

3.     On January 27, 2020, the Court issued an Order directing that Defendant Barr, in his individual capacity, file an answer to the Complaint by February 18, 2020, and that Defendant Hurwitz, in his individual capacity, file an answer by February 24, 2020. *See* Dkt. No. 29.

4.     Defendants Barr and Hurwitz each intend to file a dispositive motion addressing all of the individual capacity claims asserted against them in the Complaint.

5.     In the interest of avoiding the burden on the Court and on the Parties that would be occasioned by a staggered briefing schedule for the Defendants' dispositive motions, Defendant Barr requests that the due date for his individual capacity response be extended to February 24, 2020, the due date for Defendant Hurwitz's response. This would facilitate the filing of one consolidated dispositive motion by Defendants Barr and Hurwitz on February 24, 2020, addressing the individual capacity claims asserted against them.

WHEREFORE, Defendant Barr respectfully requests that the due date for his individual capacity response to the Complaint be extended to February 24, 2020.

---

[1] Purkey's Complaint also includes claims against two other Federal Bureau of Prisons officials, Warden J.T. Watson and Captain Taylor. The Court has severed the claims against Watson and Taylor and directed that they proceed in a separate action. *See* Dkt. No. 6.

Dated: February 7, 2020

                                       Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

C. SALVATORE D'ALESSIO, JR.
Acting Director, Torts Branch

ANDREA W. MCCARTHY
Senior Trial Counsel

/s/*Glenn S. Greene*
GLENN S. GREENE
(New York State Bar No. 2674448)
Senior Trial Attorney
U.S. Department of Justice, Civil Division
Constitutional and Specialized Tort
Litigation
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4143
Fax: (202) 616-4314
Email: Glenn.Greene@usdoj.gov

Attorneys for Defendants Barr and Hurwitz
in their individual capacities

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing upon the Plaintiff herein by electronically filing and mailing a copy thereof to the following on the 7th day of February 2020:

Wesley Purkey
Inmate #14679-045
United States Penitentiary
P.O. Box 33
Terre Haute, Indiana 47808

_s/ Glenn S. Greene_
Glenn S. Greene
Senior Trial Attorney
U.S. Department of Justice, Civil Division
Constitutional and Specialized Tort
Litigation
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
