UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

WESLEY I. PURKEY,                        )
                                         )
                 Plaintiff,              )
                                         )
        v.                               )        Case No. 2:19-cv-00517-JMS-DLP
                                         )
WILLIAM BARR, et al.                     )
                                         )
                 Defendants,             )
                                         )

## ORDER

The Court, having reviewed the Motion for Enlargement of Time filed by Defendant

William Barr in his individual capacity, and being duly advised, hereby GRANTS the Motion

and extends the Defendant's deadline, to and including February 24, 2020, to file his answer or

other responsive pleading to the Complaint.

IT IS SO ORDERED this _____ day of _____, 2020.


                                  _____
                                  JUDGE
                                  United States District Court
                                  Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

Via United States mail to:

WESLEY I. PURKEY
14679-045
TERRE HAUTE - USP
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808