UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA

FILED

FEB 1 1 2020

U.S. CLERK'S OFFICE
INDIANAPOLIC, INDIANA

WESLEY I. PURKEY,

    Plaintiff,

vs.                             Case #2:19-cv-00517-JMS-DLP

WILLIAM BARR, et al.,

    Defendants.

---

MOTION PRESENTING ADDITIONAL FACTS AND ARGUMENT IN SUPPORT FOR APPOINTMENT OF COUNSEL

The Plaintiff Wesley I. Purkey, hereafter "Purkey/Plaintiff" does afford the Court with additional facts and arguments in support of his motion for appointment of counsel filed October 28th, 2019 in this case. Dkt. 3. In support of his motion requesting the Court to appoint him counsel pursuant to 28 U.S.C. §1915(e)(1) Purkey states the following incorporating the initial facts and arguments presented through his initial request for appointment of counsel:

1. The different counsel as Purkey set forth through his initial request for appointment of counsel who he sought representation from in such litigation have each reiterated, as have other counsel/attorneys that Purkey has sought representation from since that time have clarified that, "although they are aware that the selection of Purkey for an execution date is arbitrary and capricious, based on race and other considerations - that it is better to let those inmates' including Purkey to be executed rather than to address the abritrariness and capriciousness of the selection process and have other inmates given execution dates and be executed."

2. The government/ has readily clarified that scheduling of inmates for execution is to be based on the date and time that they have exhausted their post-conviction review. See Roane v. William P. Barr, No. 19-5322 (D.C.C., January 6th, 2020)(Gov. Br. 35). As Purkey's complaint readily clarified that, "at least fifteen (15) other similarly situated inmates have exhausted their post-conviction review's years prior to Purkey's doing so. The reasons for the arbitrary and capricious selection of Purkey are delineated and enunciated through the complaint.

3. Defendant Barr has clarified that, "he choose the most despicable inmates on death row to be executed first." CNN/12/11/19/8p.m./Story about Federal Death Row Inmate Daniel Lee/Vicitim Family's

Not Wanting Him Executed. Defendant Barr readily admits that he choose the five inmates that he did based solely on his feelings, not criteria existed in utilizing such selection process.

4.    Here Purkey's Complaint with additional facts set forth brings his "[A[llegations to the level bearing sufficient facts or factual material to raise a plausible right to relief." See Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 569n.14, 127 S.Ct. 1955 (2007). Further' Purkey has provided sufficient evidence to prevail under the Equal Protection Clause, whereas he has shown that the defendant(s) acted with a discriminatory purpose. See McCleskey v. Kemp., 481 U.S. 279, 309, 95 L.Ed.2d 262 (1987).

5.    Here Purkey has thoroughly satisfied the two prong test under governing law for appointment of counsel by the district court. Pruitt v. Mote, 503 F.3d 647 (7th Cir. 2008). Whereas' Purkey does not have the ability to meaningfully prosecute the immediately litigation particularly for conducting meaningful discovery, taking depositions and gather evidence to support allegations and claims presented in this capital litigation. Further' Purkey is under a tenable imminent execution if the tentative Stay is lift pending in active litigation being prosecuted before the District of Columbia Circuit Court. id. Which is a significant factor for the court to recruit counsel for a pro se litigant such as Purkey. See Santiago v. Walls, 599 F.3d 749, 762 (7thCir.2010). Further' Purkey has been diagnosed with Alzheimer suffering dementia over three years ago, and based on such disease progressive nature has extreme problems with both focus and memory.

Based on the above and foregoing reasons and arguments Purkey request that the court grant him appointment of pro bono counsel as requested in October, 2019. Dkt. 3.

Respectfully Submitted,

Wesley I. Purkey #14679-045
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808
Plaintiff/pro se

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of February, 2020 that I did serve the foregoing Motion on the defendants via first class mail, sufficient first class postage attached to:

Shelese Woods/Asst. U.S.Attorney

U.S.Attorney Office
10 W Market ST
Suite 2100
Indianapolis, IN 46204
United States

Wesley I. Purkey / declarant

3.