Wesley I. Purkey #14679-045
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808

RECEIVED

FEB 10 2020

U.S. CLERK'S OFFICE

⇔14679-045⇔
Laura Briggs
U.S. Dist. Courthouse
921 OHIO ST
Terre Haute, IN 47807
United States

L E G A L
    M A I L

UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER