UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

WESLEY I. PURKEY,                      )
                                       )
               Plaintiff,              )
                                       )
       v.                              )        Case No. 2:19-cv-00517-JMS-DLP
                                       )
WILLIAM BARR, et al.                   )
                                       )
               Defendants,             )
                                       )

## INDIVIDUAL CAPACITY DEFENDANTS'
## MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR
## LACK OF JURISDICTION AND FAILURE TO STATE A CLAIM

Pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6), Defendants William Barr and Hugh Hurwitz, in their individual capacities, respectfully request that the Court dismiss Plaintiff Wesley Purkey's claims against them for the following reasons:

1.      Purkey's Complaint should be dismissed under Rule 12(b)(2) because Purkey has not pled facts sufficient to establish personal jurisdiction over Defendant Barr or Defendant Hurwitz.

2.      Counts One and Two of Purkey's Complaint should dismissed under Rule 12(b)(6) because they fail to state any actionable constitutional claims. First, in the more than forty years since deciding *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), the Supreme Court has recognized a new *Bivens* remedy against federal officials only twice, and it has never done so in the contexts pled in Purkey's Complaint. Second, and in the alternative, even if the Court recognizes a *Bivens* remedy where none has ever been permitted before, Defendants Barr and Hurwitz are entitled to qualified immunity because the Complaint does not state a violation of a clearly established constitutional right.

3.      Count Three of the Complaint should dismissed under Rule 12(b)(6) because Purkey has no claim under Title VII, which applies only to discrimination in federal employment.

4.      Purkey's request for equitable relief should dismissed under Rule 12(b)(6) because such relief is unavailable against Defendant Barr or Defendant Hurwitz in their individual capacities.

WHEREFORE, Defendants William Barr and Hugh Hurwitz respectfully request that the Court dismiss all of Purkey's claims against them.

Dated: February 24, 2020

Respectfully Submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

C. SALVATORE D'ALESSIO, JR.
Acting Director, Torts Branch
Civil Division

ANDREA W. MCCARTHY
Senior Trial Counsel

/s/ *Glenn S. Greene*
GLENN S. GREENE
(New York State Bar No. 2674448)
Senior Trial Attorney
U.S. Department of Justice, Civil Division
Constitutional and Specialized Tort Litigation
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4143
Fax: (202) 616-4314
Email: Glenn.Greene@usdoj.gov

Attorneys for Defendants William Barr and
Hugh Hurwitz in their individual capacities

2

## CERTIFICATE  OF SERVICE

I hereby certify that on February 24, 2020, the foregoing was filed electronically through

ECF/CM. On this same date, a copy of the foregoing was served upon the following by first class

mail, prepaid, and properly addressed to:

Wesley I. Purkey
Inmate #14679-045
Terre Haute – USP
Inmate Mail/Parcels
P.O. Box 33
Terre Haute, Indiana 47808


/s/ *Glenn S. Greene*
Glenn S. Greene
Senior Trial Attorney
U.S. Department of Justice, Civil Division
Constitutional and Specialized Tort Litigation
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4143
Fax: (202) 616-4314
Email: Glenn.Greene@usdoj.gov