UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

WESLEY I. PURKEY,                              )
                                               )
                          Plaintiff,           )
                                               )
            v.                                 )        Case No. 2:19-cv-00517-JMS-DLP
                                               )
WILLIAM BARR, *et al.*                         )
                                               )
                          Defendants,          )
                                               )

**OFFICIAL CAPACITY DEFENDANTS'
MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rule of Procedure 12(b)(6), the Defendants United States Attorney

General William Barr and the Director of the Federal Bureau of Prisons ("BOP") Kathleen

Sawyer, in their official capacities, respectfully move the Court to dismiss the Plaintiff Wesley

Purkey's claims against them.  In support of this motion, the Defendants state:

1)      Wesley Purkey was sentenced to death by the United States District Court for the

Western District of Missouri.  Purkey was scheduled for execution in late 2019, and now claims

that the decision to schedule his execution violated the Fifth Amendment and Title VII of the

Civil Rights Act of 1964 because the decision was "arbitrary."

2)      Purkey has sued the United States Attorney General William Barr and the

Director of the Federal Bureau of Prisons ("BOP") Kathleen Sawyer in their official capacities.[1]

Purkey's official capacity suit seeks equitable relief in the form of a declaratory judgment that

---

[1] Defendant Barr and former BOP Director Hugh Hurwitz have also been sued in their individual capacities under a *Bivens* theory. The individual capacity claims are addressed in a separate motion.  Purkey's Complaint also includes claims against two other Federal Bureau of Prisons officials, Warden J.T. Watson and Captain Taylor. The Court has severed the claims against Watson and Taylor and directed that they proceed in a separate action. *See* Dkt. No. 6.

1

the decision to schedule his execution violated the Constitution.  He also seeks an injunction "ordering that the defendants provide 'all []records, documents, policies and/or other materials that they utilized in selecting Purkey for Execution . . . .'"  (Dkt. 1 at 12.)

3)      Purkey cannot challenge the decision to schedule his execution through this civil lawsuit.  Moreover, Purkey has not alleged a viable claim under either the Fifth Amendment or Title VII of the Civil Rights Act.

4)      Based on the foregoing, the Court must dismiss Purkey's official capacity claims for failure to state a claim upon which relief may be granted.

5)      In support of this motion, the official capacity Defendants rely upon and incorporate by reference their Brief In Support, which is being filed contemporaneously with filing this motion.

Based on the foregoing, the Court must dismiss all of Plaintiff's claims against the Defendants William Barr and Kathleen Sawyer in their official capacities.

Respectfully submitted,

By:     _s/ Shelese Woods_
        Shelese Woods
        Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2020, the foregoing was filed electronically through ECF/CM. On this same date, a copy of the foregoing was served upon the following by first class mail, prepaid, and properly addressed to:

Wesley I. Purkey
Inmate #14679-045
Terre Haute – USP
Inmate Mail/Parcels
P.O. Box 33
Terre Haute, Indiana 47808

                                         *s/ Shelese Woods*
                                         Shelese Woods
                                         Assistant United States Attorney

Office of the United States Attorney
10 West Market Street
Suite 2100
Indianapolis, Indiana 46204