UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA

**FILED**

MAR 1 6 2020

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

WESLEY I. PURKEY,

    Plaintiff,

vs.

    Case No. 2:19-cv-00517-JMS-DLP

WILLIAM BARR, et al.,

    Defendants.

---

## MOTION FOR AN EXTENSION OF TIME TO GIVE REPONSE TO DEFENDANTS MOTION
## TO DISMISS COMPLAINT FOR LACK OF JURISDICTION AND FAILURE TO STATE A CLAIM

Pursuant to Federal Rules of Civil Procedure 6(b), the Plaintiff Wesley I. Purkey (hereafter either "Purkey or Plaintiff") does request an extension of Thirty (30) days to give response to the defendants Motion purported filed under Rule 6(b)(6) to dismiss Plaintiff's Complaint/For Lack of Jurisdiction and Failure to State A Claim. In support thereof Purkey states the following:

1.    Purkey received the defendants motion to dismiss claiming lack of jurisdiction and failure to state a claim on the evening of February 27th, 2020 via regular Institutional Mail.

2. Based on Purkey's death row segregation confinement on the Special Confinement Unit he has extreme lack of access to the Unit's law library, whereas he is fighting multiple attorney's defensive litigation anent his claims of unconstitutional arbitrary selection of him for execution in violation of the equal rights amendment under the Fifth Amendment.

3.    Purkey has requested the court for appointment of counsel to represent him in this complex litigation which comes with tentative dire harm being imposed in violation of constitutional guarantees, whereas he in turn has filed a motion in support for such appointment delineating and enunciating mutual aggravating factor warranting appointment of counsel in these extremely complex legal proceedings against the Attorney General of the United States and the Central Director of the United States Bureau of Prison. Purkey readily identified in such motion in support for appointment of counsel, dkt36 that he is a neurodegenerative disease, whereas he was diagnosed with Alzeimer disease in October, 2016 and coninues to suffer dire plights from such, and because of such diminishing

1.

cognition, focus and mental stability his ability to meaningful and fairly prosecute the immediate litigation is severely suffering. Whereas' Purkey needs additional time for giving response to the two different depositive motions filed by the defendants, by two different competent U.S. Attorneys representing the defendants.

4. The defendants will not be prejudiced by an extension of time being granted by the Court for Purkey to give response to the defendants depositive motion.

5.   The defendants depositive motion was filed on February 27th, 2020, whereas based on the 21 day perior which Purkey had for filing a response to he is requesting a 30 day extension from March 16th, 2020 to April 15th, 2020 for giving a response to the defendants' depositive motion.

Based on the foregoing reasons and considerations Purkey respectfully reques that the Court grant his Motion for an extension of time until April 15th, 2020 for filing his response.

March 9th, 2020

Respectfully Submitted,

Wesley I. Purkey
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808
Plaintiff/pro se

## Certificate Of Service

The undersigned does attest that he served a true and correct copy of the foregoing Motion requesting an extension of time to file a response to the defendant depositive motion via U.S. Mail, first class postage attached on this 9th day of March, 2020 and properly addressed to:

Glenn Green
PO BOX 7146
Dept. Justice
Washington, DC 20044
United States

Wesley I. Purkey/declarant

## Declaration of Mailing Under Penalty of Perjury

The undersigned does attest pursuant to 28 U.S.C. §1746 that he did mail the foregoing on this

2.

9th day of March, 2020 to:

Laura Briggs
U.S. Dist. Courthouse
921 OHIO ST
Terre Haute, IN 47807

Wesley I. Purkey/declarant