Wesley I. Purkey #14679-045
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808.



INMATE
IDENTIFICATION
CONFIRMED

⇔14679-045⇔
Laura Briggs
U.S. Dist. Courthouse
921 OHIO ST
Terre Haute, IN 47807
United States



Lesel
Mail



UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER