United States District Court For The
Southern District of Indiana

Wesley I. Purkey,
        Plaintiff,

vs.                                    Case: 2:19-cv-517 JMS-DLP

William Barr, et al.
        Defendants.

FILED
APR - 8 2020
U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

<u>Motion For An extension of time to Give Response
To Defendants Motion(s) To Dismiss Complaint
For failure To State A Claim/Individual Capacity
And Motion To Dismiss In Their official Capacity</u>

    The Plaintiff Wesley I. Purkey hereafter "Purkey
or Plaintiff" acting pro se herein does Request the
Court to grant him an additional extension of time of
90 Days to Respond to the Defendants Motions
to Dismiss. See DKT(s) 37 & 39! In Support of his
motion for additional time to give Respond Purkey
States the following:

    1. The Court has granted Purkey an initial
extension of time for giving Response to the
double motions filed by the Defendants to Dis-
miss the Complaint. DKT. 43. Here because of
Purkey's Segregation Death Row Housing on the

P. 1

Special treatment which because of the added severe restrictions placed on Turkey's access to the SCU Law Library he is being denied to the fundamental legal materials needed to give Response and because of the growing Coniv-19 pandemic that the other Restrictions are impose because Turkey has been advised by Warden Watson such Restriction are mandated at least until May 15th 2020 and perhaps through July. In addition to extreme Restrictions placed on Turkey's law library access is being denied access to a photocopier in the SCU law library which has been broken for several weeks without a time period to be fixed. Turkey without means for supplying the Court with mandated Copies of his pleadings for filing with the Court or Defendants as mandate under law.

2. Further because of the Coniv-19 Restrictions imposed on Turkey's access to the SCU law library he is denied access to a typewriter for preparing his pleading in Response to the Defendants Mutilpe Motions to Dismiss the Complaint, whereas Turkey is approaching 70 yrs of age and suffers severe Rheumatoid Arthritis in both hands which is thoroughly documented in his medical file. Such severe arthritis makes it extremely difficult and painful for Turkey to write and prepare legal pleadings of any

P. 2

magnitude.

3. The Defendants will not suffer and prejudice by the Court granting Turkey's Request for a 90 day extension to give Response to the Defendants dispositive Motions.

For the Reasons stated above Turkey Request a 90 day extension of time until July 15, 2020 to give Response to the Defendants Motions to Dismiss.

Respectfully Submitted,
Wesley I Turkey
Wesley I. Turkey #14679-045
United States Penitentiary
P.O. Box 33
Terre Houte IND 47803
Plaintiff/pro se

## Certificate of Service

Because Turkey is being denied copying of legal Materials by USP/TH officials see #1 herein he is prohibited from offording a copy of this Motion for extension of time for filing his Response to the Defendonts

A 3

multiple motions to Dismiss. Once this Motion is filed and docket'd with the Court, Purkey will be able to obtain copies through an outside source and will amend this Certificate of Mailing affording the Defendants with a copy.

Wesley I Purkey
Wesley I. Purkey /
Declarant

p. 4