Laura Briggs
U.S. Dist. Courthouse
921 OHIO ST
Terre Haute, IN 47807
United St...

April 3rd, 2020

Turkey v. Barr, #2:19-CV-517-JMS-DLP

FILED

APR - 8 2020

U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

Dear MS. Briggs,

Please find enclosed my motion for an extension of time in the above caption Case whereas I have been Denied Copies of such material for filing with the Court as described in A1 of the enclosed pleading.

Thank you for your attention to such filing.

Sincerely,
Wesley I. Turkey
Wesley I. Turkey 14679045
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47807
Plaintiff / PRO se