Wesley I. Purkey #14679-045
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808

INMATE IDENTIFICATION CONFIRMED

**RECEIVED**

APR 08 2020

**U.S. CLERK'S OFFICE**

INDIANAPOLIS IN

⇔14679-045⇔
Laura Briggs
U.S. Dist. Courthouse
921 OHIO ST
Terre Haute, IN 47807
United States

LEGAL MAIL

47807-373899



UNITED STATES MARSHAL PACKAGE SCREENED BY X-RAY/MAGNETOMETER