United States District Court
Southern District of Indiana

Wesley I. Purkey,
    Plaintiff,

                us.                              Case # 2:19-cv-517-Jms-

                                                 **FILED**              DLP

William Barr et al                               APR 20 2020
U.S. Attorney General                            U.S. CLERK'S OFFICE
        Defendents.                              TERRE HAUTE, INDIANA

_____

Second Motion In Support for
        Appointment of Counsel

    The plaintiff. Weslay I. Purkey hereafter
"Purkey or Plaintiff" brings this Motion delin-
eating and enunciating facts and arguments to
the Court in Support of his Motion for Appoint-
ment of Counsel filed in October 28, 2019,
Dkt. (3) in addition to his previous filed
Motion in Support for appointment. Dkt (36).

1.

In support of his Second Motion In Support for appointment of Counsel Purkey incorporates the facts, arguments and authority present through both his initial Request for appointment of Counsel pursuant to 28 U.S.C. §1915(e)(i), DKt (3), as well as the facts, arguments and authority presented through his initial Motion In Support for appointment of Counsel. DKt. (36);

1) As clarified through Purkey's initial Motion for appointment of Counsel he has made significant efforts to obtain ProBono Counsel without resolve. DKt (3). He has continued to assert efforts on his own to obtain Counsel to Represent him in this litigation to prosecute claims presented that the Defendents' Subject him to 'Arbitrary Selection' in Designating him with a December 13, 2018 execution Date. DKt (36)

-2-

9(b)(1)&(2). Further Turkey clarified that "several attorneys" have reiterated in their sedulous and assiduous efforts to coerce Turkey into withdrawing said litigation that, "it is better to let those inmates, including Turkey himself to be executed rather than to address the arbitrariness and capriciousness of the selection process and to have other inmates given execution dates and to be executed.", 2 9 (i). Turkey has continued to date with efforts to obtain counsel on his own such as; Gabe Eber, former ACLU attorney, 915 15th St. NW, 7th Fl, Washington, A.C. 20005-2112. Numerous other attorneys such as George Kouros, Fed. Public Defender Office, Chicago, Ill has unequivocally reiterated his assiey animus against Turkey for filing such litigation and has taken extreme measures to disencourage

- 3 -

other attorneys from Representing him in the immediate litigation. Such animus for Turkey and his litigation seeking Redress for the arbitrary Selection by Defendant Barr in designating him for execution is brought to bear by MR. Kouros coercing his client, Daniel Lee to withdrew his Motion for "Intervening" in such litigation. Dkt. (28). Whereas, MR. Kouros has clarified to Turkey, as Turkey's own Capital appointed Counsel have that, "We know Barr's Selection process was arbitrary, but challenging it as you are doing through litigation is putting other Death Row inmates in jeopardy." Thereby, not only is Turkey facing prodigious uphill battles in prosecuting the immediate litigation against the multiple Defendants government legal Representation, but in turn facing conflicting interest by his own Capital

- 4 -

attorneys, as well as other Death Row Inmate's capital attorney's such as MR. George Kouros who is the Federal Habeas Resource Counsel for the Federal Government, Thereby, MR. Kouros and turkey's own attorneys, Rebecca Woodman, K.C. Mo and Michelle Law, Springfield, MO are acting as surrogates for the Defendants' attorneys in this litigation against him, in effort to have such litigation either Withdrawn or Dismissed by the Court, as seen in Daniel Lee being coerced to withdraw his intervened Motion or Motion to intervene. Dkt (28)

2. Because of Turkey Suffering Dementia as he has been Diagnosed with Alzheimer's Disease, Dkt (28) A 5 he suffers extreme problems of comprehension, focus and memory. id. Because of Such neurodegenerative disease Turkey suffered Significant

difficulty in preparing the litigation file with the Court. Despite the fact that under Rule 8(a), Fed. R. Civ. P. a pro se litigant asserting an incorrect legal theory should not be fatal to such litigation. See Williams v. Seniff, 342 F.3d 774 (7th Cir. 2003). Further, Courts are not required for claims in a complaint to be pleded with specific particularity. See Pratt v. Tarr, 464 F.3d 730, 731 (7th Cir. 2006). Pleaders do not always need to set out their legal theories in the complaint. See Crull v. GEM Ins. Co. 58 F.3d 1386 (9th Cir. 1995). Here Turkey inadvertently omitted an Eighth Amendment claim in his complaint against the Defendents for their abuse of power in their arbitrary selecting him for execution. Such abuse of power constitutes an Eighth Amendment violation under well established law. See Hudson v. Palmer, 468 U.S. 517, 530 (1984); see also

6.

Leslie J. Boyle, 125 F. 3d 1150, 1157 (9th Cir. 1997).

Because of Purkey's lack of legal knowledge and his mutual aggredating ~~deg~~ neurodegenerative disease of dementia he omitted such Eighth Amendment Claim from the Complaint and does not have the capacity to properly present it through an amended Complaint. He will require counsel for presenting this Eighth Amendment Claim to the court via an amended petition/Complaint.

Based on the above facts, information and authority Purkey Respectfully Request the Court to grant his Motion for Appointment of Counsel.

Dated: April 13, 2020

Respectfully Submitted,

Wesley A. Purkey
Wesley I. Purkey  #14679-045
United States Penitentiary
7.

P.O. Box 33
Terre Haute, Ind
47807
Plaintiff / Pro se

## Certificate of Service

Because of present Special Confinement Unit Covid19 Restriction Purkey does not have access to a photocopying machine — and thereby is not able to afford the Defendants Counsel with a copy of this Motion in Support for appointment of Counsel. Once this Motion is docketed Purkey will obtain copies via outside assistance to afforded the Defendants Counsel, and will amend the Certificate of Service to:

Glenn Green
PO BOX 7146
Dept. Justice
Washington, DC 20044

Shelese Woods
10 W Market ST
Suite 2100
Indianapolis, IN 46204

_Wesley I. Purkey_
Wesley I. Purkey
Declarant

8.