Laura Briggs
U.S. Dist. Courthouse
921 OHIO ST
Terre Haute, IN 47807

RE:    Purkey J. Barr, et al #2:19-cu-00517-JMS-DLP

April 14, 2020

Dear MS.,

Please find enclosed my Motion In Support For Appointment of Counsel, whereas based on circumstances beyond my control I am not able to afford the court with copies of such filing. Because of conditions of my Death Row confinement Regarding special Restrictions based on the Covid 19 virus I ask your consideration to Such!

Thank you for your attention to this filing.

Sincerely,
Wesley I. Turkey
Wesley I. Turkey
Plaintiff / Pro Se