Laura Briggs
U.S. Dist. Courthouse
921 OHIO ST
Terre Haute, IN 47807

Purkey v. Barr, 2:19-cv-00517-JMS-DLP

April 15th, 2020

Dear Ms. Briggs,

Please find enclosed a copy and the original 'Amended Certificate of Mailing' afforded to the defendants regarding my Motion requesting an extension of time for filing my response to the defendants multiple motions to dismiss as delineated and enunciate through such motion filed with the court. Dkt. (44).

Thank you for your attention to this filing.

Sincerely,

Wesley I. Purkey #14679-045
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808
Plaintiff / pro se

Amended Certificate Of Mailing

The undersigned does attest that he afforded the defendants with a copy of the foregoing Motion for an extension of time for filing Response to the Defendants' Motion to dismiss plaintiff's complaint for a Failure to State A Claim / In Their Individual Capacity / as well as In Their Offical Capacity on this 15th day of April, 2020 by mailing such via first class U.S. Mail with sufficient postage attached to:

Shelese Woods
10 W Market ST
Suite 2100
Indianapolis, IN 46204

Glenn Green
PO BOX 7146
Dept. Justice
Washington, DC 20044

Wesley I. Purkey / declarant

# FILED

APR 2 0 2020

**U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA**

iii