Wesley I. Purkey #14679-045
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808

INMATE
IDENTIFICATION
CONFIRMED

Legal
Mail

APR 20 2020

U.S. CLERK'S OFFICE

⇔ 14679-045 ⇔
Laura Briggs
U.S. Dist. Courthouse
921 OHIO ST
Terre Haute, IN 47807
United States

47807-373899