**FILED**

MAY 0 7 2020

~~U.S. CLERK'S OFFICE~~
~~TERRE HAUTE, INDIANA~~

Laura Briggs
U.S. Dist. Courthouse
921 OHIO ST
Terre Haute, IN 47807

Re: Purkey v. Barr, et al., #2:19-cv-00517-JMS-DLP

May 4th, 2020

Dear Ms. Briggs,

Please find enclosed a copy of my Amended Certificate Of Service affording the named defendants with copies of my Motion In Support for Appointment of Counsel, Dkt. 48 which was mailed prior to counsel being appointed to represent me in this litigation, but docketed after such appointment was made. Despite counsel's appointment I still believe that I am abligiated to afford the defendants' with the Amended Certificate of Service and with a copy of such motion which of course now is no longer germane.

Thank you for your attention to this matter.

Sincerely Yours,

Wesley I. Purkey #14679-045
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808
Plaintiff

cc: file

Amended Certificate Of Service

The undersigned does attest that he did afford the defendants a true and correct copy of the foregoing Motion/Dkt. 48 on the 4th day of May, 2020 via U.S. Mail sufficient first class postage attached addressed to:

Glenn Green
PO BOX 7146
Dept. Justice
Washington, DC 20044
Shelese Woods
10 W Market ST
Suite 2100
Indianapolis, IN 46204

Wesley I. Purkey / declarant
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808
Plaintiff