**NAME:** Wesley I. Purkey
**NUMBER:** #14679-045
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808



Legal
mail



INDIANAPOLIS IN 460

05 MAY 2020　PM 3

⇔14679-045⇔
Laura Briggs
U.S. Dist. Courthouse
921 OHIO ST
Terre Haute, IN 47807
United States

RECEIVED

MAY　7 2020

U.S. CLERK'S OFFICE

47807-373899