UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| WESLEY I. PURKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:19-cv-517-JMS-DLP |
| | ) | |
| BARR, *et al.*, | ) | |
| | ) | |
| Defendants. | | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION
TO RESPOND TO MOTIONS TO DISMISS**

Pursuant to Local Rule 6-1(a), Plaintiff Wesley I. Purkey, by Court-appointed counsel, respectfully moves for an unopposed 45-day extension to respond to Defendants' Motions to Dismiss [ECF 37, 39]. In support of this Motion, Plaintiff states as follows:

1. Two separate defense motion to dismiss were filed February 24, 2020. [ECF 37, 39] Plaintiff's response to Defendants' Motion for Summary Judgment is currently due May 18, 2020.

2. The undersigned was recently appointed as Recruited Counsel to represent Plaintiff in this claim. [ECF 45, April 15, 2020] The undersigned was also recently appointed as Recruited Counsel on March 18, 2020, to represent Plaintiff in another separate lawsuit, *Purkey v. Watson*, No. 2:19-cv-00541-JMS-DLP.

3. The requested extension is supported by good cause, including that: (a) the motions and related filings are lengthy and address multiple issues; and (b) the current pandemic crisis and related state and local orders, along with CDC guidance, counsel against travel and a visit to the federal penitentiary in the near future, so communications are limited to mail and phone. An additonal 45-day extension, longer than typical, is requested given the above.

4. Defense counsel consents to this extension.

Accordingly, Plaintiff respectfully requests that this Court grant an extension of time to respond to Defendants' Motions to Dismiss to and including July 2, 2020.

Respectfully submitted,

 s/ John R. Maley
John R. Maley
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN  46204
Telephone:	317-236-1313
Facsimile:	317-231-7433
Email:	jmaley@btlaw.com