UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

WESLEY I. PURKEY,                    )
                                     )
         Plaintiff,                  )
                                     )
    vs.                              )   Case No. 2:19-cv-517-JMS-DLP
                                     )
BARR, *et al.*,                      )
                                     )
         Defendants.                 )

## ORDER

Plaintiff Wesley I. Purkey, by Court-appointed counsel, having filed Plaintiff's Unopposed Motion for Extension to Respond to Motions to Dismiss, and the Court having considered the motion now GRANTS the extension.

IT IS THEREFORE ORDERED that the Plaintiff is granted an extension of time through July 2s 2020, for Plaintiff's response to Defendants' Motions to Dismiss. [ECF 37, 39].

IT IS ORDERED THIS _____ DAY OF _____, 2020.

                                     _____
                                     JUDGE, U.S. District Court