UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

WESLEY I. PURKEY,               )
                                )
            Plaintiff,          )
                                )
      vs.                       )   Case No. 2:19-cv-517-JMS-DLP
                                )
BARR, *et al.*,                 )
                                )
            Defendants.

## **ORDER**

Plaintiff Wesley I. Purkey, by Court-appointed counsel, having filed Plaintiff's Unopposed Motion for Extension to Respond to Motions to Dismiss, and the Court having considered the motion now GRANTS the extension, dkt. [50].

IT IS THEREFORE ORDERED that the Plaintiff is granted an extension of time through July 2, 2020, for Plaintiff's response to Defendants' Motions to Dismiss. [ECF 37, 39].

So ORDERED.

Date: 5/15/2020

*Doris L. Pryor*

Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All electronically registered counsel of record via CM/ECF

Wesley I. Purkey
#14679-045
Terre Haute USP
P.O. Box 33
Terre Haute, IN 47808