## CONFIDENTIAL MEMORANDUM

Re:    Exhaustion/execution information

Timothy McVeigh

| Date | Event |
|---|---|
| 06/02/1997 | Conviction |
| 06/13/1997 | Jury recommendation for death |
| 08/14/1997 | Judge sentencing |
| 12/28/2000 | Hearing before the federal district judge where McVeigh formerly waived review of district court's denial of his 2255 petition. |
| 01/16/2001 | BOP notifies McVeigh of his 05/16/2001 execution date. |
| 5/11/2001 | Attorney General issues a statement and postpones the execution date to 6/11/2001 due to discovering material that was never turned over to defense counsel. |
| 06/06/2001 | District court denies stay. |
| 06/07/2001 | Circuit court affirms denial of stay. |
| 06/11/2001 | McVeigh executed. |
|  |  |
|  |  |

Juan Raul Garza

| Date | Event |
|---|---|
| 07/29/1993 | Conviction |
| 08/03/1993 | Jury recommendation for death. |
| 08/10/1993 | Judge sentencing. |
| 01/14/1999 | COA denial by the circuit court |
| 11/15/1999 | Cert denied by the US Supreme Court |
| 08/05/2000 | First execution date. The date was reset by President Clinton to allow Garza to avail himself clemency under the new clemency procedures. |
| 12/12/2000 | Second execution date. Clinton delayed this date to allow for a study regarding racism in federal capital sentencing. |
| 06/19/2001 | Garza executed. |
|  |  |
|  |  |

CONFIDENTIAL MEMORANDUM

Louis Jones, Jr.

| Date | Event |
|------|-------|
| 10/23/1995 | Conviction |
| 11/01/1995 | Jury recommendation for death |
| 11/03/1995 | Judge sentencing |
| 03/27/2002 | Circuit court affirms denial of 2255. |
| 11/12/2002 | Cert denied. |
| 03/18/2003 | Jones executed. |
| | |