Re: Purkey v. Barr, et al., #2:19-cv-00517-JMS-DLP

June 29th, 2020

Dear Ms. Briggs,

Please find enclosed my motion for a Preliminary Injunction Staying my July 15th, 2020 Execution, whereas I have enclosed the original and one (1) copy for filing with the Court.

I thank you for your attention to this filing and processing.

Sincerely,

Wesley I. Purkey #14679-045
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808
Plaintiff/pro se

cc: file