

UNITED STATES POSTAL SERVICE®

USPS TRACKING #

9114 9023 0722 4293 0892 41

Label 400 Jan. 2013
7690-16-000-7948

<>14679-045<>
Laura Briggs
U.S. Dist. Courthouse
921 OHIO ST
Terre Haute, IN 47807
United States

Wesley I. Purkey #14679-045
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808

LEGAL MAIL

LEGAL MAIL

LEGAL MAIL

INMATE IDENTIFICATION CONFIRMED



UNITED STATES MARSHAL
PACKAGE SCREENED BY
X-RAY/MAGNETOMETER

RECEIVED
JUL 2 2020
U.S. CLERK'S OFFICE