UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| WESLEY I. PURKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 2:19-cv-00517-JMS-DLP |
| | ) | |
| WILLIAM BARR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**COURT-APPOINTED COUNSEL'S NOTICE REGARDING PLAINTIFF'S
PRO SE FILING SEEKING A PRELIMINARY INJUNCTION REGARDING
SCHEDULED EXECUTION**

The undersigned is pleased to serve as Court-appointed pro bono counsel for Plaintiff, Wesley Purkey, in this *Bivens* matter and in two other *Bivens* actions in this Court, No. 2:19-cv-00355-JMS-DLP and No. 2:19-cv-00541-JMS-DLP. In this particular *Bivens* matter, the undersigned agreed to and was appointed on April 15, 2020, and is advising and representing Mr. Purkey in his claim for damages, responding separately today, for instance, to the defense motion to dismiss.  The undersigned willingly took on this representation given prior experience in *Bivens* actions and given the existing representation of Mr. Purkey in his two other *Bivens* cases.

However, when the Department of Justice announced on June 15, 2020, that Mr. Purkey was selected for execution on July 15, 2020,[1] the undersigned promptly informed Mr. Purkey that the undersigned and his law firm are not trained and skilled in the challenging subject of seeking to stay or block executions, and that the undersigned was not competent to do so.  Mr. Purkey's filing of today [ECF52] seeking injunctive relief was made *pro se*, and the undersigned respectfully notifies that Court that given the critical issues, the Court consider immediate appointment of separate, qualified death-penalty counsel to assist Mr. Purkey in his efforts to stay or enjoin the scheduled execution.

---

[1] https://www.justice.gov/opa/pr/executions-scheduled-four-federal-inmates-convicted-murdering-children

Respectfully submitted,

/s/  *John R. Maley*
John R. Maley
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana  46204
Telephone:      (317) 236-1313
Facsimile:       (317) 231-7433
Email:            jmaley@btlaw.com

*Counsel for Plaintiff*