UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| WESLEY I. PURKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:19-cv-00517-JMS-DLP |
| | ) | |
| WILLIAM BARR, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**Order Appointing Counsel for Limited Purpose of Litigating Motion to Stay Execution**

Plaintiff Wesley Purkey has moved for a preliminary injunction staying his execution, which is currently scheduled for July 15, 2020. Attorneys Michelle M. Law and Rebecca Ellen Woodman have been appointed to represent Mr. Purkey in other proceedings challenging his sentence. *See*, *e.g.*, *Purkey v. United States*, No. 19-3318 (7th Cir.).

Pursuant to the Criminal Justice Act, 18 U.S.C.§ 3006A, 18 U.S.C. § 3599, Ms. Law and Ms. Woodman are appointed to represent Mr. Purkey as CJA counsel in this action for the limited purpose of litigating Mr. Purkey's motion to stay execution, dkt. [52]. *See* 18 U.S.C. § 3599(e) ("Unless replaced by similarly qualified counsel upon the attorney's own motion or upon motion of the defendant, each attorney appointed [pursuant to 18 U.S.C. § 3599] shall represent the defendant throughout every subsequent stage of available judicial proceedings, including . . . applications for stays of execution."). Ms. Law and Ms. Woodman shall have **through July 6, 2020**, to submit motions to appear *pro hac vice*. The normal administrative fee for processing these motions is **waived**.

**IT IS SO ORDERED.**

Date: 7/2/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

WESLEY I. PURKEY
14679-045
TERRE HAUTE - USP
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

Glenn Greene
U.S. DEPARTMENT OF JUSTICE - CIVIL (Washington DC)
glenn.greene@usdoj.gov

John R. Maley
BARNES & THORNBURG, LLP (Indianapolis)
jmaley@btlaw.com

Shelese M. Woods
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
shelese.woods@usdoj.gov

Michelle M. Law
FEDERAL DEFENDER – Western District of Missouri
michelle_law@fd.org

Rebecca Ellen Woodman
REBECCA E. WOODMAN, ATTORNEY AT LAW, L.C.
rewlaw@outlook.com