UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| WESLEY I. PURKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:19-cv-00517-JMS-DLP |
| | ) | |
| WILLIAM BARR, | ) | |
| KATHLEEN SAWYER, | ) | |
| HUGH HURWITZ, | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY FOR JULY 3, 2020
SETTING EMERGENCY TELEPHONIC STATUS CONFERENCE
CHIEF JUDGE JANE MAGNUS-STINSON**

The above cause is set for a counsel only telephonic status conference on **July 6, 2020 at 10:00 a.m.** Counsel in case 2:20-cv-00336-JMS-MJD Hartkemeyer v. Underwood will also participate in this conference.

Call-in information for the telephonic status hearing will be provided by separate entry.

Date: 7/3/2020

_____
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Glenn Greene
U.S. DEPARTMENT OF JUSTICE - CIVIL (Washington DC)
glenn.greene@usdoj.gov

Michelle M. Law
FEDERAL DEFENDER -- WESTERN DISTRICT OF MISSOURI
michelle_law@fd.org

John R. Maley
BARNES & THORNBURG, LLP (Indianapolis)
jmaley@btlaw.com

Rebecca Ellen Woodman
REBECCA E. WOODMAN, ATTORNEY AT LAW, L.C.
rewlaw@outlook.com

Shelese M. Woods
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
shelese.woods@usdoj.gov