UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

WESLEY I. PURKEY,               )
                                )
          Plaintiff,            )
                                )
                                )          No. 2:19-cv-00517-JMS-DLP
                                )
    vs.                         )
                                )
WILLIAM BARR, et al.,           )
          Defendants.           )
                                )
                                )

**NOTICE OF RELEVANT PENDING LITIGATION**

Plaintiff, appearing by and through counsel undersigned, respectfully

submits this Notice to the Court regarding pending proceedings in the D.C. District

Court in *Purkey v. Barr*, *et al.*, No. 1:19-cv-03570 (TSC), on a complaint alleging

that Mr. Purkey is incompetent to be executed and that carrying out his execution

while he is incompetent would be unconstitutional under the Eighth Amendment

and the Fifth Amendment's Due Process Clause. *See Ford v. Wainwright*, 477 U.S.

399 (1985); *Panetti v. Quarterman*, 551 U.S. 930 (2007); *Madison v. Alabama*,

139 S.Ct. 718 (2019). With respect to that pending litigation, counsel further

advise the Court that:

1. On July 2, 2020, counsel received notice of this Court's Order Appointing

Counsel for Limited Purpose of Litigating Motion to Stay Execution. Dkt. 55.

1

2. Counsel undersigned have served as long-time qualified capital counsel to Mr. Purkey in his death penalty proceedings for over six years, and currently represent Mr. Purkey in the pending litigation described in the preceding paragraph. Based on their longstanding representation of Mr. Purkey and their own observations and interactions with him, counsel believe that Mr. Purkey, a 68-year old man diagnosed with Alzheimer's disease and dementia, is incompetent under the constitutional standards set forth in *Ford*. Counsel's belief is supported by the opinion of Dr. Bhushan Agharkar, a psychiatrist who evaluated Mr. Purkey on November 8, 2019 with respect to his competency to be executed and competency to work with counsel. Dr. Agharkar concluded in a written report, dated November 19, 2019, that Mr. Purkey lacks a rational understanding of the basis for his execution and is therefore incompetent. That conclusion was based upon Dr. Agharkar's contemporaneous evaluation of Mr. Purkey, Dr. Agharkar's observations of Mr. Purkey's behavior and mental status, and Dr. Agharkar's review of Mr. Purkey's medical records. Ex. 1. Dr. Aghargkar observed that Mr. Purkey has a fixed and false belief that the government wants to execute him in retaliation for his legal advocacy. *Id.* at 3, 10–13. Dr. Agharkar found that Mr. Purkey's lack of rationality results from his delusional thoughts and paranoia, compounded with the deterioration of his brain due to Alzheimer's disease and his long-time complex-PTSD. *Id.* at 12. Dr. Agharkar also concluded that Mr.

Purkey's brain damage, dementia, and delusions prevent him from effectively communicating or working with counsel or working for his own interests. *Id*.

3. In Mr. Purkey's pending litigation in *Purkey v. Barr*, *et al.*, No. 1:19-cv-03570 (ECF Dkt. 18), the Defendants have moved to dismiss the complaint on the basis that the case is more properly filed as a petition under 28 U.S.C. § 2241, and that the U.S. District Court for the District of Columbia (D.C. District Court) is therefore without jurisdiction over the case, or alternatively, that the case should be transferred to the U.S. District Court for the Southern District of Indiana.

Respectfully submitted,

/s/Rebecca E. Woodman
Rebecca E. Woodman
Attorney at Law, L.C.
1263 W. 72nd Ter.
Kansas City, Missouri 64114
Telephone: (785) 979-3672
Email: rewlaw@outlook.com

/s/Michelle M. Law *(pro hac vice* forthcoming)
Michelle M. Law
Assistant Federal Public Defender
Western District of Missouri
901 Saint Louis Street, Suite 801
Springfield, Missouri 65806
Telephone: (417) 873-9022
Email: michelle_law@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2020, the foregoing Notice was filed electronically with the Clerk of the Court via CM/ECF to be served on the parties authorized to be noticed.

/s/Rebecca E. Woodman