WESLEY I. PURKEY,  )
        )
   Plaintiff,  )
        )
        )   No. 2:19-cv-00517-JMS-DLP
        )
   vs.    )
        )
WILLIAM BARR, et al., )
   Defendants. )
        )
        )

## NOTICE OF RECENT DECISION

PLEASE TAKE NOTICE that, on the 2nd day of July, 2020, the United

States Court of Appeals for the Seventh Circuit issued the decision attached hereto

as Exhibit A in the case of *Wesley Ira Purkey v. United States of America, et al.*,

Case No. 19-3318 (7th Cir., Jul. 2, 2020).

Respectfully Submitted,


/s/Rebecca E. Woodman
Rebecca E. Woodman
Attorney at Law, L.C.
1263 W. 72nd Ter.
Kansas City, Missouri 64114
Telephone: (785) 979-3672
Email: rewlaw@outlook.com

/s/Michelle M. Law *(pro hac vice* forthcoming)
Michelle M. Law
Assistant Federal Public Defender
Western District of Missouri
901 Saint Louis Street, Suite 801
Springfield, Missouri 65806
Telephone: (417) 873-9022
Email: michelle_law@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2020, the foregoing Notice was filed electronically with the Clerk of the Court via CM/ECF to be served on the parties authorized to be noticed.

/s/Rebecca E. Woodman