UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| WESLEY I. PURKEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:19-cv-00517-JMS-DLP |
| | ) | |
| WILLIAM BARR, | ) | |
| KATHLEEN SAWYER, | ) | |
| HUGH HURWITZ, | ) | |
| | ) | |
| Defendants. | | |

_____

**MOTION TO APPEAR *PRO HAC VICE*
FILED ON BEHALF OF ATTORNEY MICHELLE M. LAW**

_____

Rebecca E. Woodman, Attorney at Law, pursuant to S.D. Ind. Local Rule 83-6(a),

hereby moves this court for an Order granting Michelle M. Law, Assistant Federal

Defender, Western District of Missouri, leave to appear *pro hac vice* for the purpose of

appearing as counsel on behalf of Wesley Ira Purkey in the above-styled cause only.   In

support of the motion, the undersigned states:

1.  The Certification of Michelle M. Law as required by S.D. Ind. Local Rule 83-

6(b), is attached hereto as Exhibit A.

2.  The filing fee is waived.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter

an Order granting Michelle M. Law leave to appear *pro hac vice* for purposes of this

cause only.

Dated:  July 3, 2020

Respectfully submitted,

*/s/Rebecca E. Woodman*
Attorney at Law, L.C.
1263 W. 72nd Ter.
Kansas City, Missouri 64114
(785) 979-3672
rewlaw@outlook.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2020, a copy of the foregoing Motion to Appear *Pro Hac Vice* on Behalf of Attorney Michelle M. Law was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.  Parties may access this filing through the court's system.

*/s/Rebecca E. Woodman*
Attorney at Law, L.C.
1263 W. 72nd Ter.
Kansas City, Missouri 64114
(785) 979-3672
rewlaw@outlook.com