**Exhibit A**
**Certification of Michelle M. Law**
**In Support of Motion to Appear *Pro Hac Vice***

In support of the Motion to Appear *Pro Hac Vice* filed on my behalf by Rebecca E. Woodman, Attorney at Law, and pursuant to S.D. Ind. Local Rule 83-6(b), the undersigned states:

1.  I am an attorney member in good standing in the United States District Court for the Western District of Missouri, the Eighth Circuit Court of Appeals and the State of Missouri.

2.  I am not currently nor have I ever been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States.  I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3.  I have reviewed the Seventh Circuit Standard of Professional Conduct and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and will abide by these rules.

I certify that the above information is true and correct.

Dated:  July 3, 2020

Respectfully submitted,

*Michelle M. Law*
Michelle M. Law, MO Bar 45487
Assistant Federal Defender
Western District of Missouri

901 E. Saint Louis Street, Ste 801
Springfield, Missouri 65806
T (417) 873-9022
F (417) 873-9038
Email: michelle_law@fd. org