UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

WESLEY I. PURKEY,                          )
                                           )
                    Plaintiff,             )
                                           )
          v.                               )          No. 2:19-cv-00517-JMS-DLP
                                           )
WILLIAM BARR, et al.                       )
                                           )
                    Defendants.            )

**Order Resetting Briefing Deadline and Resetting Status Hearing**

In light of the Seventh Circuit's order staying Mr. Purkey's execution, the Court **vacates** the status hearing set for 10:00 a.m. on July 6, 2020, *see* dkt. [57]. The above cause is now set for a counsel-only telephonic status conference on **July 9, 2020, at 10:00 a.m.** Call-in information for the telephonic status hearing will be provided by separate entry.

Further, the Court **vacates** the July 6, 2020 deadline, *see* dkt. [54], for the defendants to respond to Mr. Purkey's motion for preliminary injunction. The defendants shall have **through July 9, 2020**, to respond to the motion.

          **IT IS SO ORDERED.**

     Date: 7/4/2020

                                        _____
                                        Hon. Jane Magnus-Stinson, Chief Judge
                                        United States District Court
                                        Southern District of Indiana

Distribution:

Glenn Greene
U.S. DEPARTMENT OF JUSTICE - CIVIL (Washington DC)
glenn.greene@usdoj.gov

Michelle M. Law
FEDERAL DEFENDER -- WESTERN DISTRICT OF MISSOURI
michelle_law@fd.org

John R. Maley
BARNES & THORNBURG, LLP (Indianapolis)
jmaley@btlaw.com

Rebecca Ellen Woodman
REBECCA E. WOODMAN, ATTORNEY AT LAW, L.C.
rewlaw@outlook.com

Shelese M. Woods
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
shelese.woods@usdoj.gov