UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| WESLEY I. PURKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:19-cv-00517-JMS-DLP |
| | ) | |
| WILLIAM BARR, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**Order Granting Motion to Appear *Pro Hac Vice***

Michelle M. Law's motion to appear *pro hac vice*, dkt. [61], is **granted**. The Court notes

that Rebecca Ellen Woodman need not file a motion to appear *pro hac vice*, *see* dkt. [55], because

she is a member of the bar for the Southern District of Indiana.

Applicant's contact information should be entered as follows:

> Michelle M. Law, MO Bar 45487
> Assistant Federal Defender
> Western District of Missouri
> 901 E. Saint Louis Street, Ste 801
> Springfield, Missouri 65806
> T (417) 873-9022
> F (417) 873-9038
> Email: michelle_law@fd.org

**Applicant shall register for electronic filing, as required by Local Rule 5-3, within**

**ten (10) days of the entry of this Order.**

**IT IS SO ORDERED.**

Date: 7/4/2020

_____
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Glenn Greene
U.S. DEPARTMENT OF JUSTICE - CIVIL (Washington DC)
glenn.greene@usdoj.gov

Michelle M. Law
FEDERAL DEFENDER -- WESTERN DISTRICT OF MISSOURI
michelle_law@fd.org

John R. Maley
BARNES & THORNBURG, LLP (Indianapolis)
jmaley@btlaw.com

Rebecca Ellen Woodman
REBECCA E. WOODMAN, ATTORNEY AT LAW, L.C.
rewlaw@outlook.com

Shelese M. Woods
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
shelese.woods@usdoj.gov