UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| WESLEY I. PURKEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 2:19-cv-00517-JMS-DLP |
| ) | |
| WILLIAM BARR, ) | |
| KATHLEEN SAWYER, ) | |
| HUGH HURWITZ, ) | |
| ) | |
| Defendants. | |

_____

**NOTICE OF APPEARANCE**
_____

NOW COMES Michelle M. Law and enters her appearance on behalf of Wesley

Ira Purkey in the above-captioned matter.

Respectfully submitted,

*/s/ Michelle M. Law*
Michelle M. Law, MO Bar 45487
Assistant Federal Public Defender
Western District of Missouri
901 St. Louis Street, Suite 801
Springfield, Missouri 65806
Telephone: (417) 873-9022
Email:  michelle_law@fd.org

July 6, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of July, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants in this case, and a copy was mailed, via the United States Postal Service, to all non-CM/ECF participants.

*/s/ Michelle M. Law*
Counsel for Petitioner