UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA

DANIEL LEE,

    Plaintiff,

vs.                                                    Case No. 2:19-cv-00517-JMS-DLP

WILLIAM BARR, et. al.,

    Defendants.

---

LEE'S RENEWED MOTION FOR CONSOLIDATION PURSUANT ̶ TO RULE 42;FED.R.CIV.P.

The Plaintiff, Daniel Lee, acting pro se herein and hereafter "Lee" does request the Court to consolidate his action presenting a claim of the defendant(s) arbitrary selecting him for execution on June 16th, 2020 to occur on the 13th day of July, 2020. The facts relevant to Lee's request for consolidation anent his Fifth Amendment Claims of violation of law under tenets of the Fifth Amendment Equal Protection claims were set forth through his previous Motion requesting intervention, as the court recognized in its December 17th, 2019 Order. Dkt. 17. Whereas, the court recognized that such intervention for Lee joining Purkey v. Barr, et al., 2:19-cv-00517-JMS-DLP would be under Federal Rule of Civil Procedure 24(b)(1)(B). Whereas' Lee at that particular time requested to withdraw his motion for intervention, which the court later granted. Dkt. 23. Since that time the defendants have rescheluded Lee for execution on the 13th day of July, 2020 which rescheluding of such execution on June 16th, 2020 was arbitrary and in violation of well established tenets under the Fifth Amendment's Equal Protection of the Law clause, as delineated and clarified through Wesley I. Purkey's complaint. Dkt. 1. The facts set forth through Lee's original motion for consolidation, Dkt. 16 are incorpated herein as if they were set forth herein.

As set forth through Lee's initial motion for consolidation he has satisfied requirements under Rule 42;Fed.R.Civ.P., whereas Lee has demonstrated that his circumstacnes have common questions of both law and fact to Purkey's Equal Protection claims in the defendants' arbitrary selecting him for execution in view of at least a dozen or more federal death row inmates who have availed

1.

themselves of their appellate remedies to him. Whereas' the defendants have utterly failed to posit any legitimate reasoning for such arbitrary selection, other than implying that they have unfettered discretion under the law for choosing Lee for ececution prior to those other similar situated inmates. The defendants have not denied the arbitrary selection of Lee for execution, as with Purkey, whereas Lee has satisfied the requirements under Rule 42(a) for the court to grant his request for intervention and consolidation.

Wherefore' Lee request the Court to consolidate Lee's case with that of Purkey litigation pending - before the Court regarding - the two common claims that 'the defendants have arbitrarily selected them for execution without positing any legitimate reason for doing so in violation of fundamental rights afforded to Lee under tenets of the Fifth Amendment's Equal Protection Clause.

Date: July 2nd., 2020

Respectfully Submitted,

Daniel Lee #21303-009
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808
Plaintiff/pro se

## Certificate    Of    Service

The undersigned does attest that that he afforded a true and correct copy of the foregoing Motion for Consolidation on this 2nd day of July, 2020 via U.S. Mail with sufficient first class postage attached to:

Glenn Green
PO BOX 7146
Dept. Justice
Washington, DC 20044
United States

Daniel Lee / declarant

2.