UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF INDIANA

DANIEL LEE,

    Plaintiff,

vs.                                                                    Case #2:19-cv-00517-JMS-DLP

WILLIAM BARR, et. al.,

    Defendants.

---

## MOTION FOR A PRELIMINARY INJUNCTION BARRING THE EXECUTION OF THE PLAINTIFF DANIEL LEE

The Plaintiff Daniel Lee, acting pro se herein, and hereafter "Lee" request a preliminary injunction pursuant to Rule 65(a);Fed.R.Civ.P., so as to enjoin the defendants from carrying out his scheluded execution on the 13th day of July, 2020 or at any other time until the court has given notice authorizing such execution to occur. Lee seeks a preliminary injunction pending resolve of the claims set forth through a Biven Action pending before the court, as identified through pending litigation captioned as, Purkey v. Barr, et al., #2:19-cv-00517-JMS-DLP. In that complaint, Purkey set forth alleged violations of issues relevant to Lee under the Equal Protection Clause of the Fifth Amendment, based on his arbitrary selection for an execution date, whereas Lee's has been given a July 13th, 2020 execution date which was arbitrarily designated, as was Purkey' designation for execution as delineated and clarified via the complaint and collateral filings in such litigation to date.

### The District Court Should Grant A Preliminary Injunction For Lee Whereas He Has Satisfied The Four Prong Test For Doing So

Courts consider and weigh four factors before granting and/or denying a preliminary injunction: 1) the threat of irreparable harm to the plaintiff if an injunction is not granted; 2) the likelihood that other interested parties will not suffer substantial harm if the injunction relief is granted; 3) the interest of the public; and 4) the likelihood of success by the plaintiff on the merit of the claims. See Bourgeois v. Watson, 2020 U.S.Dist.LEXIS 40696 (S.D.Ind. March 10th, 2020). Here Lee will suffer irreparable harm absent a stay because he will be executed without the court ever deciding the alleged violations

1.

of the Fifth Amendment's Equal Potrection Clause, i.e. arbitrary selection process designating Lee with a July 13th execution date before such adjudication takes place. Whereas' there can be no don't that that a defendant facing the death penalty faces irreparable harm. See Williams v. Chrans, 50 F.3d 1358, 1360 (7th Cir.1995); Bourgeois, p.202 U.S.Dist.LEXIS 14.

Here the issuance of a stay by the court will not substantially hurt the government who has waited well over a decade to set execution dates for any federal death row inmate, whereas it would be in the public intest to prevent such execution that stands in violation of Lee's constitutional rights under the equal protection clause of the Fifth Amendment.

Further' Purkey has made a strong showing of the defendants arbitrary selection process which is applicable to Lee in the same form and fashion, such demonstrates a violation of Lee's fifth amendment rights of equal protrection of the law, but in turn under Title VII of the Civil Rights Act, as set forth through Purkey complaint and collateral pleadings. Although Purkey's complaint is less than pellucid, it certainly states facts and claims that if proven true would demonstrate the defendants flagrant violations of protection guaranteed to Lee under tenets of the Fifth Amendment Equal Protrection Clause. Thereby' the complaint demonstrates a strong showing of success on the merit, whereas the public interest favors ensuring that he is not unlawfully executed and the court should grant Lee's motion for a preliminary injunction staying his July 13th, 2020 execution.

Respectfullu Submitted,

Daniel Lee #21303-009
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808
Plaintiff/pro se

## Certificate of Service

The undersigned does attest that he afforded a true and correct copy of the foregoing Motion for a Preliminary Injunction on this 2nd day of July, 2020 via U.S. Mail with sufficient first class postage attached to:

Glenn Green
PO BOX 7146
Dept. Justice
Washington, DC 20044
United States

Daniel Le / declarant

2.

INSD Pro Se Civil Appeal (unrelated to imprisonment) IFP request 4/19 (Adapted from AO FRAP form 4)

# UNITED STATES DISTRICT COURT

for the

## Southern District of Indiana

|  |  |
|---|---|
| Daniel   Lee | ) Case No.   No. 2:19-cv-00517-JMS-DLP |
| *Plaintiff(s)* | ) *(to be filled in by the Clerk 's Office)* |
| -v- | ) |
| William Barr, et. al., | ) |
| *Defendant(s)* | ) |

## APPLICATION TO PROCEED WITHOUT PREPAYING
## FEES OR COSTS ON APPEAL

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this application.

INSD Pro Se Civil Appeal (unrelated to imprisonment) IFP request 4/19 (Adapted from AO FRAP form 4)

| **Affidavit in Support of Motion** | **Instructions** |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.) | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. |
| Signed: _____ | Date: 7/2/20 _____ |

My issues on appeal are:

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ | $ | $ | $ |
| Self-employment | $ | $ | $ | $ |
| Income from real property (such as rental income) | $ | $ | $ | $ |
| Interest and dividends | $ | $ | $ | $ |
| Gifts | $ | $ | $ | $ |
| Alimony | $ | $ | $ | $ |
| Child support | $ | $ | $ | $ |

Page 2 of 6

INSD Pro Se Civil Appeal (unrelated to imprisonment) IFP request 4/19 (Adapted from AO FRAP form 4)

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

5.  List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home | Other real estate | Motor vehicle #1 |
|---|---|---|
| (Value) $ | (Value) $ | (Value) $ |
| | | Make and year: |
| | | Model: |
| | | Registration #: |

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $ | (Value) $ | (Value) $ |
| Make and year: | | |
| Model: | | |
| Registration #: | | |

6.  State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |
| | $ | $ |

Page 4 of 6

INSD Pro Se Civil Appeal (unrelated to imprisonment) IFP request 4/19 (Adapted from AO FRAP form 4)

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ | $ |
| Other (specify): | $ | $ |
| **Total monthly expenses:** | $ | $ |

9.    *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

☐ Yes    ☑ No        If yes, describe on an attached sheet.

10.    *Have you spent — or will you be spending — any money for expenses or attorney fees in connection with this lawsuit?* ☐ Yes ☐ No

*If yes, how much?* $ _____

11.    *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

See Inst. Acct. Statement for past 6 months Attached

12.    *State the city and state of your legal residence.*

*Your daytime phone number:* (___) _____

*Your age:* _____    *Your years of schooling:* _____

*Last four digits of your social-security number:* _____

INSD Pro Se Civil Appeal (unrelated to imprisonment) IFP request 4/19 (Adapted from AO FRAP form 4)

7.    State the persons who rely on you or your spouse for support.

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| | | |
| | | |
| | | |

8.    Estimate the average monthly expenses of you and your family.  Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home)<br>Are real estate taxes included?    [ ] Yes [✓] No<br>Is property insurance included?    [ ] Yes [✓] No | $ | $ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ | $ |
| Home maintenance (repairs and upkeep) | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation (not including motor vehicle payments) | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|     Homeowner's or renter's: | $ | $ |
|     Life: | $ | $ |
|     Health: | $ | $ |
|     Motor vehicle: | $ | $ |
|     Other: | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ | $ |
| Installment payments | | |
|     Motor Vehicle: | $ | $ |
|     Credit card (name): | $ | $ |
|     Department store (name): | $ | $ |
|     Other: | $ | $ |

InmateStatementCombined

## Inmate Statement

[PRINT]

| | | |
|---|---|---|
| Inmate Reg #: | 21303009 | Current Institution: | Terre Haute - FCC |
| Inmate Name: | LEE, DANIEL | Housing Unit: | THP-X-A |
| Report Date: | 07/02/2020 | Living Quarters: | X01-313L |
| Report Time: | 9:16:44 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| THA | 7/2/2020 8:54:39 AM | 6074 | | | BP 199 Request - Released | | $25.00 | -------- |
| THA | 7/1/2020 11:21:56 AM | 6074 | | | BP 199 Request | | ($25.00) | -------- |
| THA | 7/1/2020 10:04:24 AM | 33320183 | | | Western Union | $50.00 | | $120.23 |
| THA | 7/1/2020 5:07:30 AM | 70112001 | | | Lockbox - CD | $50.00 | | $70.23 |
| THA | 6/29/2020 11:57:43 AM | 96 | | | Sales | ($29.80) | | $20.23 |
| THA | 6/29/2020 7:57:13 AM | 32 | | | Sales | ($54.50) | | $50.03 |
| THA | 6/23/2020 12:40:06 PM | 76 | | | Sales | ($35.40) | | $104.53 |
| THA | 6/22/2020 8:52:50 AM | TL0622 | | | TRUL Withdrawal | ($5.00) | | $139.93 |
| THA | 6/18/2020 12:04:01 PM | 33320170 | | | Western Union | $50.00 | | $144.93 |
| THA | 6/17/2020 10:42:47 AM | 5865 | | | BP 199 Request - Released | | $100.00 | -------- |
| THA | 6/17/2020 10:42:47 AM | 5865 | 3212 | | Bills | ($100.00) | | $94.93 |
| THA | 6/16/2020 2:31:11 PM | 117 | | | Sales | ($51.95) | | $194.93 |
| THA | 6/16/2020 8:47:40 AM | TL0616 | | | TRUL Withdrawal | ($5.00) | | $246.88 |
| THA | 6/16/2020 8:36:50 AM | 5865 | | | BP 199 Request | | ($100.00) | -------- |
| THA | 6/12/2020 3:13:18 PM | 5791 | | | BP 199 Request - Released | | $100.00 | -------- |
| THA | 6/12/2020 3:13:18 PM | 5791 | 3115 | | Bills | ($100.00) | | $251.88 |
| THA | 6/10/2020 11:11:10 AM | 5791 | | | BP 199 Request | | ($100.00) | -------- |
| THA | 6/10/2020 11:04:58 AM | 33320162 | | | Western Union | $150.00 | | $351.88 |
| THA | 6/8/2020 12:47:06 PM | 46 | | | Sales | ($23.70) | | $201.88 |
| THA | 6/5/2020 11:32:52 AM | 5645 | | | BP 199 Request - Released | | $25.00 | -------- |
| THA | 6/5/2020 11:32:52 AM | 5645 | 3019 | | Bills | ($25.00) | | $225.58 |
| THA | 6/2/2020 5:11:01 AM | 70110001 | | | Lockbox - CD | $50.00 | | $250.58 |
| THA | 5/31/2020 5:19:28 PM | 5645 | | | BP 199 Request | | ($25.00) | -------- |
| THA | 5/31/2020 5:04:33 PM | TL0531 | | | TRUL Withdrawal | ($10.00) | | $200.58 |
| THA | 5/29/2020 12:05:18 PM | 33320150 | | | Western Union | $100.00 | | $210.58 |
| THA | 5/28/2020 2:04:39 PM | 33320149 | | | Western Union | $50.00 | | $110.58 |
| THA | 5/27/2020 3:26:01 PM | VICP0520 | | | Inmate Co-pay | ($2.00) | | $60.58 |
| THA | 5/23/2020 12:39:22 PM | TL0523 | | | TRUL Withdrawal | ($5.00) | | $62.58 |
| THA | 5/20/2020 10:25:40 AM | VICP0520 | | | Inmate Co-pay | ($2.00) | | $67.58 |
| THA | 5/19/2020 1:50:21 PM | TL0519 | | | TRUL Withdrawal | ($5.00) | | $69.58 |
| THA | 5/19/2020 12:29:10 PM | 92 | | | Sales | ($36.30) | | $74.58 |
| THA | | 33320138 | | | Western Union | $60.00 | | $110.88 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 5/17/2020 3:04:26 PM | | | | | | |
| THA | 5/13/2020 10:06:45 AM | TL0513 | TRUL Withdrawal | ($10.00) | | | $50.88 |
| THA | 5/13/2020 10:02:49 AM | TL0513 | TRUL Withdrawal | ($15.00) | | | $60.88 |
| THA | 5/12/2020 6:05:07 PM | TL0512 | TRUL Withdrawal | ($15.00) | | | $75.88 |
| THA | 5/12/2020 5:44:33 PM | TL0512 | TRUL Withdrawal | ($10.00) | | | $90.88 |
| THA | 5/12/2020 12:54:05 PM | 88 | Sales | ($50.15) | | | $100.88 |
| THA | 5/11/2020 11:43:57 AM | TL0511 | TRUL Withdrawal | ($10.00) | | | $151.03 |
| THA | 5/9/2020 11:04:14 AM | TL0509 | TRUL Withdrawal | ($5.00) | | | $161.03 |
| THA | 5/9/2020 11:04:01 AM | 33320130 | Western Union | $50.00 | | | $166.03 |
| THA | 5/9/2020 10:48:30 AM | TL0509 | TRUL Withdrawal | ($5.00) | | | $116.03 |
| THA | 5/9/2020 10:45:39 AM | 5311 | BP 199 Request - Released | | $25.00 | | -------- |
| THA | 5/6/2020 6:42:39 PM | TL0506 | TRUL Withdrawal | ($5.00) | | | $121.03 |
| THA | 5/6/2020 6:42:17 PM | TL0506 | TRUL Withdrawal | ($5.00) | | | $126.03 |
| THA | 5/5/2020 11:18:36 AM | 5311 | BP 199 Request | | ($25.00) | | -------- |
| THA | 5/4/2020 12:24:44 PM | TL0504 | TRUL Withdrawal | ($2.00) | | | $131.03 |
| THA | 5/4/2020 12:18:42 PM | 60 | Sales | ($47.60) | | | $133.03 |
| THA | 4/29/2020 9:20:13 AM | TL0429 | TRUL Withdrawal | ($5.00) | | | $180.63 |
| THA | 4/28/2020 6:04:59 PM | 33320119 | Western Union | $75.00 | | | $185.63 |
| THA | 4/27/2020 5:46:34 PM | TL0427 | TRUL Withdrawal | ($10.00) | | | $110.63 |

1 2 3 4 5

**Total Transactions: 208**

| | | | |
|---|---|---|---|
| | **Totals:** | **($113.47)** | **$100.00** |

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| THA | $120.23 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $120.23 |
| **Totals:** | **$120.23** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$120.23** |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Nationanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $1,820.00 | $1,800.86 | $125.46 | $351.88 | $175.53 | N/A | N/A |

## Inmate Statement

PRINT

| | | | |
|---|---|---|---|
| Inmate Reg #: | 21303009 | Current Institution: | Terre Haute - FCC |
| Inmate Name: | LEE, DANIEL | Housing Unit: | THP-X-A |
| Report Date: | 07/02/2020 | Living Quarters: | X01-313L |
| Report Time: | 9:16:50 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| THA | 4/27/2020 12:24:32 PM | 56 | | | Sales | ($50.75) | | $120.63 |
| THA | 4/26/2020 5:09:24 AM | 70107502 | | | Lockbox - CD | $100.00 | | $171.38 |
| THA | 4/22/2020 12:00:37 PM | TL0422 | | | TRUL Withdrawal | ($30.00) | | $71.38 |
| THA | 4/22/2020 11:37:04 AM | TL0422 | | | TRUL Withdrawal | ($2.00) | | $101.38 |
| THA | 4/21/2020 12:31:02 PM | 53 | | | Sales | ($59.65) | | $103.38 |
| THA | 4/16/2020 4:05:18 PM | 33320107 | | | Western Union | $50.00 | | $163.03 |
| THA | 4/15/2020 1:56:30 PM | VICP0420 | | | Inmate Co-pay | ($2.00) | | $113.03 |
| THA | 4/13/2020 2:36:18 PM | 68 | | | Sales | ($45.70) | | $115.03 |
| THA | 4/11/2020 6:51:36 PM | TL0411 | | | TRUL Withdrawal | ($5.00) | | $160.73 |
| THA | 4/11/2020 6:23:42 PM | TL0411 | | | TRUL Withdrawal | ($15.00) | | $165.73 |
| THA | 4/11/2020 6:11:51 PM | 4927 | | | BP 199 Request - Released | | $50.00 | -------- |
| THA | 4/6/2020 6:04:26 PM | 117 | | | Sales | ($29.80) | | $180.73 |
| THA | 4/6/2020 1:40:34 PM | TFN0406 | | | Phone Withdrawal | ($10.00) | | $210.53 |
| THA | 4/6/2020 10:40:41 AM | 4826 | | | BP 199 Request - Released | | $25.00 | -------- |
| THA | 4/6/2020 10:40:41 AM | 4826 | 2278 | | Bills | ($25.00) | | $220.53 |
| THA | 4/4/2020 5:42:04 PM | 4927 | | | BP 199 Request | | ($50.00) | -------- |
| THA | 4/1/2020 5:25:02 PM | 114 | | | Sales | ($25.00) | | $245.53 |
| THA | 3/31/2020 2:10:20 PM | 4826 | | | BP 199 Request | | ($25.00) | -------- |
| THA | 3/30/2020 5:05:57 PM | 33320090 | | | Western Union | $100.00 | | $270.53 |
| THA | 3/29/2020 12:09:51 PM | TFN0329 | | | Phone Withdrawal | ($5.00) | | $170.53 |
| THA | 3/26/2020 3:01:32 PM | 4538 | | | BP 199 Request - Released | | $70.00 | -------- |
| THA | 3/26/2020 3:01:18 PM | TL0326 | | | TRUL Withdrawal | ($5.00) | | $175.53 |
| THA | 3/17/2020 2:40:10 PM | 4538 | | | BP 199 Request | | ($70.00) | -------- |
| THA | 3/15/2020 6:05:40 PM | TFN0315 | | | Phone Withdrawal | ($3.00) | | $180.53 |
| THA | 3/14/2020 5:12:48 AM | 70104501 | | | Lockbox - CD | $75.00 | | $183.53 |
| THA | 3/13/2020 9:06:15 PM | 33320073 | | | Western Union | $60.00 | | $108.53 |
| THA | 3/12/2020 2:08:51 PM | TL0312 | | | TRUL Withdrawal | ($2.00) | | $48.53 |
| THA | 3/11/2020 5:04:58 PM | 33320071 | | | Western Union | $50.00 | | $50.53 |
| THA | 3/9/2020 6:53:58 AM | 11 | | | Sales | ($70.05) | | $0.53 |
| THA | 3/6/2020 3:01:59 PM | 4177 | | | BP 199 Request - Released | | $25.00 | -------- |
| THA | 3/6/2020 3:01:59 PM | 4177 | 1959 | | Bills | ($25.00) | | $70.58 |
| THA | | TL0305 | | | TRUL Withdrawal | ($5.00) | | $95.58 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 3/5/2020 2:14:51 PM | | | | | | |
| THA | 3/5/2020 2:05:49 PM | 4177 | | BP 199 Request | | ($25.00) | -------- |
| THA | 3/4/2020 8:31:54 PM | TFN0304 | | Phone Withdrawal | ($10.00) | | $100.58 |
| THA | 3/4/2020 3:05:11 PM | 33320064 | | Western Union | $100.00 | | $110.58 |
| THA | 3/2/2020 6:07:28 PM | TFN0302 | | Phone Withdrawal | ($2.00) | | $10.58 |
| THA | 3/2/2020 7:24:04 AM | 29 | | Sales | ($85.20) | | $12.58 |
| THA | 2/24/2020 7:47:29 AM | 30 | | Sales | ($50.40) | | $97.78 |
| THA | 2/23/2020 12:03:06 PM | TL0223 | | TRUL Withdrawal | ($2.00) | | $148.18 |
| THA | 2/22/2020 5:10:25 AM | 70103001 | | Lockbox - CD | $150.00 | | $150.18 |
| THA | 2/19/2020 12:37:09 PM | 74 | | Sales | ($45.95) | | $0.18 |
| THA | 2/18/2020 10:13:27 AM | 3575 | | BP 199 Request - Released | | $60.00 | -------- |
| THA | 2/18/2020 10:13:27 AM | 3575 | 1721 | Bills | ($60.00) | | $46.13 |
| THA | 2/17/2020 10:19:58 AM | TL0217 | | TRUL Withdrawal | ($5.00) | | $106.13 |
| THA | 2/12/2020 11:02:57 AM | 3575 | | BP 199 Request | | ($60.00) | -------- |
| THA | 2/12/2020 11:01:44 AM | 3547 | | BP 199 Request - Released | | $60.00 | -------- |
| THA | 2/11/2020 2:40:07 PM | TL0211 | | TRUL Withdrawal | ($2.00) | | $111.13 |
| THA | 2/11/2020 2:18:51 PM | 3547 | | BP 199 Request | | ($60.00) | -------- |
| THA | 2/10/2020 7:23:39 AM | 17 | | Sales | ($35.00) | | $113.13 |
| THA | 2/10/2020 5:11:20 AM | 70102103 | | Lockbox - CD | $75.00 | | $148.13 |

1 2 3 4 5

**Total Transactions: 208**

| | | |
|---|---|---|
| **Totals:** | ($113.47) | $100.00 |

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| THA | $120.23 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $120.23 |
| **Totals:** | **$120.23** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$120.23** |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Nationanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |

# Inmate Statement

PRINT

| | | | | |
|---|---|---|---|---|
| **Inmate Reg #:** | 21303009 | **Current Institution:** | Terre Haute - FCC |
| **Inmate Name:** | LEE, DANIEL | **Housing Unit:** | THP-X-A |
| **Report Date:** | 07/02/2020 | **Living Quarters:** | X01-313L |
| **Report Time:** | 9:16:56 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| THA | 2/7/2020 4:39:51 PM | TFN0207 | | | Phone Withdrawal | ($10.00) | | $73.13 |
| THA | 2/6/2020 1:56:20 PM | 3305 | | | BP 199 Request - Released | | $25.00 | -------- |
| THA | 2/6/2020 1:56:20 PM | 3305 | 1601 | | Bills | ($25.00) | | $83.13 |
| THA | 2/4/2020 2:12:36 PM | 3305 | | | BP 199 Request | | ($25.00) | -------- |
| THA | 2/3/2020 7:23:47 AM | 18 | | | Sales | ($55.00) | | $108.13 |
| THA | 2/1/2020 6:05:27 PM | 33320032 | | | Western Union | $50.00 | | $163.13 |
| THA | 1/31/2020 12:05:27 PM | 33320031 | | | Western Union | $100.00 | | $113.13 |
| THA | 1/31/2020 9:36:22 AM | TL0131 | | | TRUL Withdrawal | ($2.00) | | $13.13 |
| THA | 1/27/2020 9:15:30 AM | 15 | | | Sales | ($12.40) | | $15.13 |
| THA | 1/26/2020 8:25:19 AM | TL0126 | | | TRUL Withdrawal | ($2.00) | | $27.53 |
| THA | 1/25/2020 7:11:28 PM | TFN0125 | | | Phone Withdrawal | ($5.00) | | $29.53 |
| THA | 1/21/2020 9:29:51 AM | 63 | | | Sales | ($58.35) | | $34.53 |
| THA | 1/19/2020 5:25:50 PM | TL0119 | | | TRUL Withdrawal | ($15.00) | | $92.88 |
| THA | 1/19/2020 5:19:32 PM | 2845 | | | BP 199 Request - Released | | $60.00 | -------- |
| THA | 1/16/2020 1:51:00 PM | 2845 | | | BP 199 Request | | ($60.00) | -------- |
| THA | 1/14/2020 2:14:01 PM | TL0114 | | | TRUL Withdrawal | ($15.00) | | $107.88 |
| THA | 1/13/2020 12:04:54 PM | 33320013 | | | Western Union | $100.00 | | $122.88 |
| THA | 1/13/2020 7:03:20 AM | 9 | | | Sales | ($47.86) | | $22.88 |
| THA | 1/11/2020 6:12:50 PM | TFN0111 | | | Phone Withdrawal | ($5.00) | | $70.74 |
| THA | 1/11/2020 5:14:20 PM | TL0111 | | | TRUL Withdrawal | ($2.00) | | $75.74 |
| THA | 1/8/2020 5:09:20 AM | 70199701 | | | Lockbox - CD | $75.00 | | $77.74 |
| THA | 1/7/2020 2:06:25 PM | TL0107 | | | TRUL Withdrawal | ($2.00) | | $2.74 |
| THA | 1/6/2020 7:38:54 AM | 2314 | | | BP 199 Request - Released | | $100.00 | -------- |
| THA | 1/6/2020 7:38:54 AM | 2314 | 1153 | | Bills | ($100.00) | | $4.74 |
| THA | 1/6/2020 7:22:25 AM | 7 | | | Sales | ($36.35) | | $104.74 |
| THA | 1/6/2020 7:21:55 AM | 6 | | | Sales | $0.00 | | $141.09 |
| THA | 1/5/2020 2:08:41 PM | TL0105 | | | TRUL Withdrawal | ($10.00) | | $141.09 |
| THA | 1/4/2020 3:05:14 PM | 33320004 | | | Western Union | $50.00 | | $151.09 |
| THA | 1/2/2020 2:16:13 PM | 2314 | | | BP 199 Request | | ($100.00) | -------- |
| THA | 12/31/2019 2:24:34 PM | TL1231 | | | TRUL Withdrawal | ($10.00) | | $101.09 |
| THA | 12/31/2019 2:20:04 PM | TL1231 | | | TRUL Withdrawal | ($15.00) | | $111.09 |
| THA | | 2241 | | | | | $100.00 | -------- |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 12/31/2019 2:19:47 PM | | | BP 199 Request - Released | | | |
| THA | 12/30/2019 4:23:26 PM | TFN1230 | | Phone Withdrawal | ($5.00) | | $126.09 |
| THA | 12/30/2019 10:16:37 AM | 2241 | | BP 199 Request | | ($100.00) | -------- |
| THA | 12/30/2019 7:37:43 AM | 15 | | Sales | ($78.01) | | $131.09 |
| THA | 12/26/2019 2:22:48 PM | TL1226 | | TRUL Withdrawal | ($5.00) | | $209.10 |
| THA | 12/26/2019 2:10:55 PM | TL1226 | | TRUL Withdrawal | ($15.00) | | $214.10 |
| THA | 12/26/2019 1:05:11 PM | 33319360 | | Western Union | $200.00 | | $229.10 |
| THA | 12/24/2019 2:27:24 PM | TL1224 | | TRUL Withdrawal | ($2.00) | | $29.10 |
| THA | 12/23/2019 8:49:30 AM | TL1223 | | TRUL Withdrawal | ($5.00) | | $31.10 |
| THA | 12/22/2019 5:35:25 PM | TFN1222 | | Phone Withdrawal | ($5.00) | | $36.10 |
| THA | 12/19/2019 3:30:39 PM | 2022 | | BP 199 Request - Released | | $6.00 | -------- |
| THA | 12/19/2019 3:30:39 PM | 2022 | 1020 | Bills | ($6.00) | | $41.10 |
| THA | 12/18/2019 11:22:09 AM | 2022 | | BP 199 Request | | ($6.00) | -------- |
| THA | 12/16/2019 9:47:34 AM | 99 | | Sales | ($51.50) | | $47.10 |
| THA | 12/14/2019 11:27:10 AM | TL1214 | | TRUL Withdrawal | ($2.00) | | $98.60 |
| THA | 12/13/2019 1:01:01 PM | TFN1213 | | Phone Withdrawal | ($6.00) | | $100.60 |
| THA | 12/13/2019 5:11:04 AM | 70198201 | | Lockbox - CD | $75.00 | | $106.60 |
| THA | 12/11/2019 8:06:23 AM | TL1211 | | TRUL Withdrawal | ($2.00) | | $31.60 |
| THA | 12/9/2019 7:07:40 AM | 19 | | Sales | ($22.15) | | $33.60 |

1 2 3 4 5

**Total Transactions: 208**

| | | | |
|---|---|---|---|
| | **Totals:** | ($113.47) | $100.00 |

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| THA | $120.23 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $120.23 |
| **Totals:** | **$120.23** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$120.23** |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |

# Inmate Statement



| Inmate Reg #: | 21303009 | Current Institution: | Terre Haute - FCC |
|---|---|---|---|
| Inmate Name: | LEE, DANIEL | Housing Unit: | THP-X-A |
| Report Date: | 07/02/2020 | Living Quarters: | X01-313L |
| Report Time: | 9:17:05 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| THA | 12/7/2019 8:20:07 PM | TFN1207 | | | Phone Withdrawal | ($5.00) | | $55.75 |
| THA | 12/6/2019 12:35:47 PM | 1650 | | | BP 199 Request - Released | | $25.00 | -------- |
| THA | 12/6/2019 12:35:47 PM | 1650 | 838 | | Bills | ($25.00) | | $60.75 |
| THA | 12/5/2019 1:15:43 PM | TFN1205 | | | Phone Withdrawal | ($5.00) | | $85.75 |
| THA | 12/5/2019 8:46:37 AM | 1650 | | | BP 199 Request | | ($25.00) | -------- |
| THA | 12/5/2019 8:45:21 AM | 1619 | | | BP 199 Request - Released | | $25.00 | -------- |
| THA | 12/4/2019 8:39:13 AM | 1619 | | | BP 199 Request | | ($25.00) | -------- |
| THA | 12/2/2019 5:19:18 PM | TFN1202 | | | Phone Withdrawal | ($5.00) | | $90.75 |
| THA | 12/2/2019 7:25:24 AM | 12 | | | Sales | ($67.60) | | $95.75 |
| THA | 12/1/2019 4:05:38 PM | 33319335 | | | Western Union | $100.00 | | $163.35 |
| THA | 12/1/2019 9:21:25 AM | TL1201 | | | TRUL Withdrawal | ($5.00) | | $63.35 |
| THA | 12/1/2019 9:11:52 AM | TL1201 | | | TRUL Withdrawal | ($10.00) | | $68.35 |
| THA | 11/30/2019 10:03:58 AM | 33319334 | | | Western Union | $50.00 | | $78.35 |
| THA | 11/29/2019 8:02:20 PM | TFN1129 | | | Phone Withdrawal | ($5.00) | | $28.35 |
| THA | 11/25/2019 2:00:11 PM | TL1125 | | | TRUL Withdrawal | ($2.00) | | $33.35 |
| THA | 11/25/2019 8:45:52 AM | 78 | | | Sales | ($74.70) | | $35.35 |
| THA | 11/24/2019 4:05:11 PM | 33319328 | | | Western Union | $50.00 | | $110.05 |
| THA | 11/23/2019 12:17:17 PM | TFN1123 | | | Phone Withdrawal | ($1.00) | | $60.05 |
| THA | 11/23/2019 9:25:57 AM | TL1123 | | | TRUL Withdrawal | ($2.00) | | $61.05 |
| THA | 11/23/2019 9:23:49 AM | TL1123 | | | TRUL Withdrawal | ($5.00) | | $63.05 |
| THA | 11/21/2019 9:26:26 AM | VICP1119 | | | Inmate Co-pay | ($2.00) | | $68.05 |
| THA | 11/20/2019 9:05:57 AM | TL1120 | | | TRUL Withdrawal | ($10.00) | | $70.05 |
| THA | 11/18/2019 7:25:57 AM | 16 | | | Sales | ($50.85) | | $80.05 |
| THA | 11/14/2019 11:55:47 AM | TL1114 | | | TRUL Withdrawal | ($10.00) | | $130.90 |
| THA | 11/12/2019 4:14:35 PM | TFN1112 | | | Phone Withdrawal | ($11.00) | | $140.90 |
| THA | 11/12/2019 10:02:25 AM | 87 | | | Sales | ($54.00) | | $151.90 |
| THA | 11/12/2019 5:14:46 AM | 70196104 | | | Lockbox - CD | $75.00 | | $205.90 |
| THA | 11/9/2019 7:05:56 AM | 33319313 | | | Western Union | $100.00 | | $130.90 |
| THA | 11/7/2019 7:54:47 AM | 755 | | | BP 199 Request - Released | | $25.00 | -------- |
| THA | 11/7/2019 7:54:47 AM | 755 | 478 | | Bills | ($25.00) | | $30.90 |
| THA | 11/4/2019 6:48:51 PM | TFN1104 | | | Phone Withdrawal | ($5.00) | | $55.90 |
| THA | | TL1104 | | | TRUL Withdrawal | ($5.00) | | $60.90 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 11/4/2019 9:06:30 AM | | | | | | |
| THA | 11/4/2019 7:10:56 8 AM | | | Sales | ($29.15) | | $65.90 |
| THA | 11/1/2019 2:49:48 PM | TFN1101 | | Phone Withdrawal | ($5.00) | | $95.05 |
| THA | 10/31/2019 3:17:58 PM | 755 | | BP 199 Request | | ($25.00) | -------- |
| THA | 10/30/2019 8:04:14 PM | 33319303 | | Western Union | $100.00 | | $100.05 |
| THA | 10/28/2019 4:53:20 PM | TFN1028 | | Phone Withdrawal | ($2.00) | | $0.05 |
| THA | 10/28/2019 6:38:46 AM | 2 | | Sales | ($18.65) | | $2.05 |
| THA | 10/26/2019 3:02:28 PM | TFN1026 | | Phone Withdrawal | ($2.00) | | $20.70 |
| THA | 10/22/2019 2:04:02 PM | 106 | | Sales | ($66.50) | | $22.70 |
| THA | 10/16/2019 1:13:12 PM | 405 | | BP 199 Request - Released | | $25.00 | -------- |
| THA | 10/16/2019 1:13:12 PM | 405 | 253 | Bills | ($25.00) | | $89.20 |
| THA | 10/16/2019 1:11:44 PM | 328 | | BP 199 Request - Released | | $50.00 | -------- |
| THA | 10/16/2019 1:11:44 PM | 328 | 237 | Bills | ($50.00) | | $114.20 |
| THA | 10/15/2019 1:52:36 PM | 125 | | Sales | ($105.80) | | $164.20 |
| THA | 10/14/2019 10:13:42 AM | TL1014 | | TRUL Withdrawal | ($10.00) | | $270.00 |
| THA | 10/14/2019 10:07:07 AM | TL1014 | | TRUL Withdrawal | ($10.00) | | $280.00 |
| THA | 10/14/2019 10:04:42 AM | 405 | | BP 199 Request | | ($25.00) | -------- |
| THA | 10/12/2019 4:56:06 PM | TFN1012 | | Phone Withdrawal | ($5.00) | | $290.00 |
| THA | 10/10/2019 8:53:01 AM | 328 | | BP 199 Request | | ($50.00) | -------- |

1 2 3 4 5

**Total Transactions: 208**

| | | | |
|---|---|---|---|
| | Totals: | ($113.47) | $100.00 |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| THA | $120.23 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $120.23 |
| **Totals:** | **$120.23** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$120.23** |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |

# Inmate Statement

PRINT

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 21303009 | **Current Institution:** | Terre Haute - FCC |
| **Inmate Name:** | LEE, DANIEL | **Housing Unit:** | THP-X-A |
| **Report Date:** | 07/02/2020 | **Living Quarters:** | X01-313L |
| **Report Time:** | 9:17:12 AM | | |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| THA | 10/9/2019 2:04:52 PM | 33319282 | | | Western Union | $100.00 | | $295.00 |
| THA | 10/9/2019 5:13:53 AM | 70193901 | | | Lockbox - CD | $75.00 | | $195.00 |
| THA | 10/6/2019 4:22:57 PM | TFN1006 | | | Phone Withdrawal | ($5.00) | | $120.00 |
| THA | 10/2/2019 12:17:56 PM | 10313 | | | BP 199 Request - Released | | $50.00 | -------- |
| THA | 10/2/2019 12:17:56 PM | 10313 | 47 | | Bills | ($50.00) | | $125.00 |
| THA | 10/2/2019 12:17:48 PM | 10312 | | | BP 199 Request - Released | | $50.00 | -------- |
| THA | 10/2/2019 12:17:48 PM | 10312 | 46 | | Bills | ($50.00) | | $175.00 |
| THA | 10/1/2019 1:06:02 PM | 18 | | | Sales | ($8.70) | | $225.00 |

1 2 3 4 5

**Total Transactions: 208**

| | Totals: | ($113.47) | $100.00 |
|---|---|---|---|

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| THA | $120.23 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $120.23 |
| **Totals:** | **$120.23** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$120.23** |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |