Laura Briggs
U.S. Dist. Courthouse
921 OHIO ST
Terre Haute, IN 47807

Re: Purkey v. Barr, et al., 2:19-cv-00517-JMS-DLP

July 2nd., 2020

Dear Ms. Briggs,

Please find enclosed my motion for consolidation anent the Purkey v. Barr., litigation, whereas I have enclosed the original, plus an additional copoy for filing with the court. Further' I have a Motion for a Preliminary Injunction for a Stay regarding that litigation, which in turn I have enclosed the original, plus an addition copy for filing with the court. In addition to such filings I have enclsed an application to proceed informa pauperis in such consolidation, whereas I have attached a copy of my Institution Account balance for the previous six month.

Thank you for your attention to these matters, and if additional information and/or documentation is need for processing please advise.

Sincerely,

Daniel Lee #21303-009
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808
Plaintiff/pro se

cc: file