

Legal Mail

RECEIVED
JUL 9 2020
U.S. CLERK'S OFFICE

Daniel Lee #21303-009
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808

Laura Briggs
U.S. Dist. Courthouse
921 OHIO ST
Terre Haute, IN 47807
United States

INMATE IDENTIFICATION CONFIRMED

INMATE IDENTIFICATION CONFIRMED



UNITED STATES POSTAL SERVICE ®

USPS TRACKING #

9114 9023 0722 4293 0892 89

Label 400 Jan. 2013
7690-16-000-7948

PURPLE HEART FOREVER USA

PACKAGE SCREENED BY
X-RAY/MAGNETOMETER
UNITED STATES MARSHAL