UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| WESLEY I. PURKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:19-cv-00517-JMS-DLP |
| | ) | |
| WILLIAM BARR, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**Minute Order for July 9, 2020 Status Conference**
**Hon. Jane Magnus-Stinson, Chief Judge**

Parties appeared by telephone for a status conference on July 9, 2020. Present for the plaintiff Wesley Purkey were Michelle M. Law, Rebecca Ellen Woodman, and John R. Maley. Present for the defendants were Shelese M. Woods, Glenn Greene, and Brian Casey. The Court Reporter was Laurie Howie-Walters.

Counsel Law and Woodman moved on Mr. Purkey's behalf to stay proceedings on the motion for preliminary injunction pending resolution of Mr. Purkey's litigation in the United States District Court for the District of Columbia. That motion is **granted** to the extent that proceedings on the motion for preliminary injunction are **stayed** pending further order of the Court. Notwithstanding that stay, the **defendants shall have through July 10** to supplement their response to the motion for preliminary injunction with affidavits from each individual defendant stating the degree to which that defendant was involved in selecting Mr. Purkey for execution on December 13, 2019, and July 15, 2020, as well as the factors considered for his selection.

Counsel for the defendants represented that they will file a reply in support of their motion to dismiss today, July 9, 2020.

**IT IS SO ORDERED.**

Date: 7/9/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Glenn Greene
U.S. DEPARTMENT OF JUSTICE - CIVIL (Washington DC)
glenn.greene@usdoj.gov

Michelle M. Law
FEDERAL DEFENDER -- WESTERN DISTRICT OF MISSOURI
michelle_law@fd.org

John R. Maley
BARNES & THORNBURG, LLP (Indianapolis)
jmaley@btlaw.com

Rebecca Ellen Woodman
REBECCA E. WOODMAN, ATTORNEY AT LAW, L.C.
rewlaw@outlook.com

Shelese M. Woods
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
shelese.woods@usdoj.gov