UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| WESLEY I. PURKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:19-cv-00517-JMS-DLP |
| | ) | |
| WILLIAM BARR, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**Order Denying Motion to Intervene**

Wesley I. Purkey and Daniel Lewis Lee are federal inmates who have been sentenced for death. In July 2019, the Department of Justice announced execution dates for Mr. Lee and Mr. Purkey in December 2019.[1] Those dates were later stayed by the United States District Court for the District of Columbia. *In re Matter of Federal Bureau of Prisons' Execution Protocol Cases*, 2019 WL 6691814, at *8 (D.D.C. Nov. 20, 2019).

Mr. Purkey, who is white, filed this civil rights action in October 2019 alleging, among other things, that the defendants unlawfully selected him for execution in violation of the First and Fifth Amendments and the Administrative Procedures Act. Dkt. 1. On December 9, 2019, Daniel Lewis Lee moved to intervene, raising similar arguments, dkt. 16, but he withdrew that motion on January 17, 2020, dkt. 22; dkt. 28. On June 15, 2020, the Department of Justice announced new execution dates, including July 13, 2020, for Mr. Lee and July 15, 2020, for Mr. Purkey.[2]

---

[1] *See* Press Release, Dep't of Justice, "Federal Government to Resume Capital Punishment After Nearly Two Decade Lapse" (July 25, 2019), https://www.justice.gov/opa/pr/federal-government-resume-capital-punishment-after-nearly-two-decade-lapse.

[2] *See* Press Release, Dep't of Justice, "Executions Scheduled for Four Federal Inmates Convicted of Murdering Children" (June 15, 2020), https://www.justice.gov/opa/pr/executions-scheduledfour-federal-inmates-convicted-murdering-children.

On July 9, 2020, Mr. Lee again moved to intervene in this action. Dkt. 70. His motion is styled as a motion to consolidate, but he has no open action in this Court to consolidate with this one.

Intervention—either intervention as of right or permissive intervention—is permitted only "[o]n timely motion." Fed. R. Civ. P. 24(a), (b)(1). " The test for timeliness is essentially one of reasonableness: 'potential intervenors need to be reasonably diligent in learning of a suit that might affect their rights, and upon so learning they need to act reasonably promptly.'" *Reich v. ABC/York-Estes Corp.*, 64 F.3d 316, 321 (7th Cir. 1995) (quoting *Nissei Sangyo America, Ltd. v. United States*, 31 F.3d 435, 438 (7th Cir. 1994)).

Mr. Lee's motion to intervene is not timely. At the very latest, he knew of Mr. Purkey's action in December 2019 when he first moved to intervene. Yet he withdrew that motion and did not renew it until months later, on the eve of his and Mr. Purkey's scheduled executions. To allow intervention now would prejudice both Mr. Purkey and the defendants by delaying resolution of Mr. Purkey's claims. Accordingly, Mr. Lee's motion to intervene, dkt. [70], is **denied**.

**IT IS SO ORDERED.**

Date: 7/9/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Glenn Greene
U.S. DEPARTMENT OF JUSTICE - CIVIL (Washington DC)
glenn.greene@usdoj.gov

Michelle M. Law
FEDERAL DEFENDER -- WESTERN DISTRICT OF MISSOURI
michelle_law@fd.org

John R. Maley
BARNES & THORNBURG, LLP (Indianapolis)
jmaley@btlaw.com

Rebecca Ellen Woodman
REBECCA E. WOODMAN, ATTORNEY AT LAW, L.C.
rewlaw@outlook.com

Shelese M. Woods
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
shelese.woods@usdoj.gov

Daniel Lewis Lee
21303-009 TERRE HAUTE - USP
TERRE HAUTE U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808