UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| WESLEY I. PURKEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:19-cv-00517-JMS-DLP |
| WILLIAM BARR, *et al.* | ) ) ) |
| Defendants, | ) ) |

**RESPONSE TO COURT'S ORDER DATED JULY 9, 2020 (Docket No. 71)**

The official capacity Defendants, William Barr and Michael Carvajal, respectfully respond to the Court's Order dated July 9, 2020 (ECF No. 71) and supplement the materials supporting their Response In Opposition to Motion for Preliminary Injunction as follows:

In addition to Wesley Purkey's conviction and sentence, and the two Press Releases cited and referred to in the Defendants' Response Brief, the Defendants' tender excerpts from the deposition of Brad Weinsheimer. Mr. Weinsheimer was designated as a Rule 30(b)(6) witness in the *In re the Matter of the Federal Bureau of Prisons' Execution Protocol Cases*, Case No. 19MC0145 (District of Columbia District Court) (deposition taken January 29, 2020). In that case, extensive discovery has occurred regarding the Execution Protocol. Mr. Weinsheimer is the highest ranking career official within Department of Justice. He works within the Office of the Deputy Attorney General. He was designated by the Defendants in the *Execution Protocol* cases to testify regarding, among other topics, the factors considered in selecting the inmates who would be scheduled for execution. The attached deposition testimony provides responses to questions, under oath, from Plaintiffs' counsel regarding the decision-making process for selecting the inmates who would be scheduled for execution.

        Respectfully submitted,

By:    <u>*s/ Shelese Woods*</u>
       Shelese Woods
       Assistant United States Attorney

# CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2020, the foregoing was filed electronically through ECF/CM. On this same date, a copy of the foregoing was served electronically to all counsel of record through the Court's ECF/CM system.

*s/ Shelese Woods*
Shelese Woods
Assistant United States Attorney

Office of the United States Attorney
10 West Market Street
Suite 2100
Indianapolis, Indiana 46204