UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| WESLEY I. PURKEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:19-cv-00517-JMS-DLP |
| ) | |
| WILLIAM BARR, et al. ) | |
| ) | |
| Defendants, ) | |
| ) | |

**INDIVIDUAL CAPACITY DEFENDANTS' OPPOSITION TO
PLAINTIFF'S MOTION TO STAY RULING ON MOTION TO DISMISS**

Pursuant to Local Rule 7-1(c)(3), Defendants William Barr and Hugh Hurwitz, in their individual capacities, hereby submit this Opposition to Plaintiff Wesley Purkey's Motion to Stay Ruling on Motion to Dismiss. In support of this Opposition, Defendants Barr and Hurwitz state as follows:

1. Purkey has sued Defendants Barr and Hurwitz in both their individual and official capacities.

2. Defendants Barr and Hurwitz moved to dismiss the individual capacity claims asserted against them pursuant to Fed. R. Civ. P. 12(b)(6) and 12(b)(2). ECF No. 38. Purkey, represented by court appointed counsel, filed an opposition to the motion to dismiss the individual capacity claims, ECF No. 56; and Defendants Barr and Hurwitz have filed a reply in support of their motion to dismiss, ECF. No. 72. Thus, briefing on the motion to dismiss the individual capacity claims is now complete, and the Court may now decide whether Purkey's

Complaint fails to state any claim against the Defendants in their individual capacities as a matter of law.[1]

3. In his motion to stay, Purkey moves to "stay all further proceedings on Defendants' motion to dismiss and any other matters in this case" pending the outcome of collateral proceedings in a different court in which Purkey seeks to stay his execution on the grounds of incompetency. ECF. No. 76 at 1. Purkey appears to suggest that his competency is relevant to the disposition of the Defendants' motion to dismiss the individual capacity claims. It is not.

4. Statements made by Purkey's counsel in public filings in which counsel assert that the allegations of retaliation in this case are evidence of Purkey's incompetency may properly be considered by the Court in assessing the plausibility of Mr. Purkey's allegations in this case under Rule 12(b)(6). *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009); *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555 (2007).

5. However, Defendants Barr and Hurwitz have shown that *even if all of Purkey's allegations are taken as true*, as a threshold matter, special factors counseling hesitation preclude the Court from creating the individual capacity (*Bivens*) remedy Purkey seeks in this unprecedented context. Moreover, even if the court were to recognize a *Bivens* remedy for Purkey here, the Defendants are entitled to qualified immunity under the facts as alleged.

6. Thus, the individual capacity Defendants' motion to dismiss does not depend upon a determination of Purkey's competency, and there is no reason to delay resolution of the motion to dismiss.

---

[1] The court has already denied the Defendants' motion to dismiss the complaint on the basis of Rule 12(b)(2). ECF No. 74

WHEREFORE, Defendants Barr and Hurwitz respectfully request that Plaintiff's motion to stay be denied.

Dated: July 10, 2020

    Respectfully submitted,

    ETHAN P. JONES
    Acting Assistant Attorney General
    Civil Division

    JOSH J. MINKLER
    United States Attorney

    C. SALVATORE D'ALESSIO
    Acting Director, Torts Branch

    ANDREA W. MCCARTHY
    Senior Trial Counsel

    /s/*Glenn S. Greene*
    GLENN S. GREENE
    (New York State Bar No. 2674448)
    Senior Trial Attorney
    U.S. Department of Justice, Civil Division
    Constitutional and Specialized Tort Litigation
    P.O. Box 7146, Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 616-4143
    Fax: (202) 616-4314
    Email: Glenn.Greene@usdoj.gov

    Attorneys for Defendants Barr and Hurwitz
    in their individual capacities

## CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing upon the Plaintiff herein by electronically filing and mailing a copy thereof to the following on the 10th day of July, 2020:

Wesley Purkey
Inmate #14679-045
United States Penitentiary
P.O. Box 33
Terre Haute, Indiana 47808

*s/ Glenn S. Greene*
Glenn S. Greene
Senior Trial Attorney
U.S. Department of Justice, Civil Division
Constitutional and Specialized Tort Litigation
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044