UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

WESLEY I. PURKEY,                     )
                                      )
                Plaintiff,            )
                                      )
        v.                            )        Case No. 2:19-cv-00517-JMS-DLP
                                      )
WILLIAM BARR, *et al.*                )
                                      )
                Defendants,           )

## NOTICE OF SUPPLEMENTAL AUTHORITY

The Defendants William Barr, Michael Carvajal, and T.J. Watson, in their official

capacities, respectfully notify the Court of the Supreme Court's decision in *William Barr, et al.*

*v. Daniel Lewis Lee, et al.* (*In Re: Protocol Cases*), Case No. 20A8, 591 U. S. ____ (2020) (final

opinion dated July 14, 2020).


                                JOSH J. MINKLER
                                United States Attorney


                        By:     _s/ Shelese Woods_____
                                Shelese Woods
                                Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2020, the foregoing was filed electronically through

ECF/CM. On this same date, electronic service will be made to all counsel of record through the

Court's ECF/CM system.


s/ *Shelese Woods*
Shelese Woods
Assistant United States Attorney


Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204
(317) 226-6333
(317) 226-6125 [Fax]