**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION**

|  |  |  |
|---|---|---|
| WESLEY IRA PURKEY, | ) | |
| | ) | |
| Petitioner, | ) | No. 2:19-cv-00517-JMS-DLP |
| | ) | |
| v. | ) | SCHEDULED FOR EXECUTION |
| | ) | **July 15, 2020 at 4.00 p.m.** |
| WILLIAM BARR, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

**[PROPOSED] ORDER**

THIS MATTER, having come before the Court on Mr. Wesley Purkey's ("Petitioner" or "Mr. Purkey") Motion to Preserve This Court's Jurisdiction and to Stay Execution of Wesley Purkey Pending Final Disposition on the Merits, supporting papers, declarations, and exhibits (the "Motion"), and

WHEREAS, the Court having considered the Motion, all papers, memoranda, declarations, and exhibits submitted in support of the Motion and any opposition to the Motion, and

WHEREAS, it appearing to the Court, and the Court having so held, that Petitioner has met the threshold showing of incompetency entitling him to due process on the issue of his competency to be executed, and

WHEREAS, it further appearing to the Court, and the Court having so held, that (a) Mr. Purkey is likely to succeed on the merits of his claim of incompetency to be executed after requisite due process, (b) the relative harm to the parties in granting a stay weighs in Mr. Purkey's favor, as he will suffer irreparable harm if a stay is not granted and if he were executed

under present circumstances, (c) Mr. Purkey has not delayed in presenting his claims and the balance of the equities favors Mr. Purkey under the present circumstances, and (d) a stay is necessary to preserve this Court's jurisdiction over Mr. Purkey's claim of incompetency to be executed, it is now therefore ORDERED, ADJUDGED and DECREED as follows:

1.      Petitioner's Motion be, and the same is hereby, GRANTED.

2.      The current warrant for the execution of Mr. Purkey is hereby suspended *sine die* and the execution of Mr. Purkey, currently scheduled for July 15, 2020, is stayed pending (a) the completion of discovery and meaningful review to which Mr. Purkey is entitled based on his threshold showing of incompetency, (b) a meaningful opportunity to present evidence on the issue of Mr. Purkey's competency to be executed, and (c) a determination of Mr. Purkey's competency to be executed and final disposition on the merits of Mr. Purkey's claims and further order of this Court.

ENTERED this ___ day of _____, 2020.

_____
JANE E. MAGNUS-STINSON
United States District Judge