UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| WESLEY I. PURKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:19-cv-00517-JMS-DLP |
| | ) | |
| WILLIAM BARR, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**Order Denying July 14, 2020 Motion to Stay Execution**

Plaintiff Wesley Purkey, a federal inmate who has been sentenced to death, brought this civil rights action alleging that the defendants selected him for execution in violation of various constitutional and statutory provisions. Dkt. 1. Mr. Purkey later filed a motion for preliminary injunction seeking to stay his execution. Dkt. 52. The Court appointed death penalty counsel, who promptly moved to stay proceedings on the motion for preliminary injunction. *See* dkt. 71.

Separately, Mr. Purkey is litigating a civil rights claim in the United States District Court for the District of Columbia in which counsel allege that Mr. Purkey is not competent to be executed under *Ford v. Wainwright*, 477 U.S. 399 (1986). *Purkey v. Barr*, No. 1:19-cv-3570-TSC (D.D.C.).

Now counsel have moved to stay Mr. Purkey's execution based on the possibility that the District of Columbia *Ford* claim will be dismissed based on the government's motion arguing that a federal inmate's *Ford* claim must be brought under 28 U.S.C. § 2241. Dkts. 80, 81.

The motion to stay, dkt. [80], is **denied**. Mr. Purkey may not add a *Ford* claim onto this unrelated civil rights action. If he is directed to bring a *Ford* claim in a § 2241 petition in this

Court, then he must file a *Ford* claim in a § 2241 petition in this Court. The instant motion must be brought in that action, when and if it is filed.

The Court understands counsel's desire to avoid the frantic pace of recent related litigation. But there is no *Ford* claim pending in the instant action.

**IT IS SO ORDERED.**

Date: 7/14/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Glenn Greene
U.S. DEPARTMENT OF JUSTICE - CIVIL (Washington DC)
glenn.greene@usdoj.gov

Michelle M. Law
FEDERAL DEFENDER -- WESTERN DISTRICT OF MISSOURI
michelle_law@fd.org

John R. Maley
BARNES & THORNBURG, LLP (Indianapolis)
jmaley@btlaw.com

Rebecca Ellen Woodman
REBECCA E. WOODMAN, ATTORNEY AT LAW, L.C.
rewlaw@outlook.com

Shelese M. Woods
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
shelese.woods@usdoj.gov