UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| WESLEY I. PURKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 2:19-cv-00517-JMS-DLP |
| | ) | |
| WILLIAM BARR, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**OFFICIAL CAPACITY DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME**

The Defendants William Barr, Attorney General, in his official capacity only, and the Director of the Federal Bureau of Prisons, in his official capacity only, respectfully request an additional 21 business days to answer or otherwise respond to the Plaintiff's Complaint for the following reasons:

1.      The Plaintiff filed his lawsuit on October 28, 2019.   (Docket No. 1.)   The Official Capacity Defendants moved to dismiss the case, which was granted in part and denied in part on July 15, 2020.   (Docket No. 84.)   The Official Capacity Defendants' Answer or other responsive pleading to the remaining claim is currently due on or before July 29, 2020.

2.      It is the undersigned's understanding that counsel for the Plaintiff is still considering what action to take in this case and has requested time to confer with the Plaintiff's family regarding the Plaintiff's outstanding litigation.   Should the case be pursued, the undersigned requires additional time to draft the Answer or other responsive pleading and have it reviewed by the appropriate officials before filing.

3.      Plaintiff's counsel does not object to this motion.   This motion is filed in good faith and not for the purpose of delay.

WHEREFORE, the Official Capacity Defendants respectfully request that the Court grant their motion for enlargement of time and order that their answer or other responsive pleading is due on or before August 19, 2020.

Respectfully submitted,

By:    *s/ Shelese Woods*
Shelese Woods
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2020, the foregoing was filed electronically through ECF/CM, which will generate service of this document electronically through the Court's ECF/CM system to all counsel of record.

*s/ Shelese Woods*

Shelese Woods
Assistant United States Attorney

Office of the United States Attorney
10 West Market Street
Suite 2100
Indianapolis, Indiana 46204