UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| WESLEY I. PURKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 2:19-cv-00517-JMS-DLP |
| | ) | |
| WILLIAM BARR, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Court, having reviewed the Motion for Enlargement of Time filed by Defendants in their official capacity, and being duly advised, hereby **GRANTS** the Motion and extends the Defendants' deadline, to and including August 19, 2020, to file their answer or other responsive pleading to the Complaint.

**IT IS SO ORDERED** this ____ day of _____, 2020.

_____
JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

1