THE OFFICE OF THE
CLERK OF THE U.S. DISTRICT COURT
921 OHIO STREET
ROOM 104
TERRE HAUTE, IN  47807

OFFICIAL BUSINESS

RECEIVED

JUL 2 4 2020

U.S. CLERK'S OFFICE

INDIANAPOLIS
IN 460
10 JUL '20
PM 4 L



$0.50
US POSTAGE
FIRST-CLASS
062S0009595006
47807

Daniel Lewis Lee
FEDERAL CORRECTIONAL COMPLEX
TERRE HAUTE, INDIANA

RETURN TO SENDER

NOT AT THIS INSTITUTION _____
NEED CORRECT NAME AND NUMBER _____

INMATE LOCATIONS CAN BE FOUND ON OUR
WEBSITE (WWW.BOP.GOV)

UNITED STATES MARSHAL
PACKAGE SCREENED BY
XRAY/MAGNETOMETER