UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| WESLEY I. PURKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:19-cv-00517-JMS-DLP |
| | ) | |
| WILLIAM BARR, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER DIRECTING FURTHER PROCEEDINGS

The Court takes notice of the matters pending on the docket and now issues the following

orders:

(1) This matter is set for a telephonic status conference at **9:30 A.M.** (Eastern) on **August 21, 2020**. The Court will issue instructions for joining the conference in a separate Order.

(2) Recruited counsel for the plaintiff shall have **through August 17, 2020**, to file notice stating what he believes should be the next steps forward in this action.

(3) All other pretrial deadlines are **stayed** until further notice. As a result, the defendants' motion for extension of time, dkt. [85], is **denied as moot**.

(4) The plaintiff's second motion to appoint counsel, dkt. [47], is **denied as moot**. The Court appointed counsel for Mr. Purkey before he filed this motion.

**IT IS SO ORDERED.**

Date: 7/27/2020

_Doris L. Pryor_
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

Glenn Greene
U.S. DEPARTMENT OF JUSTICE - CIVIL (Washington DC)
glenn.greene@usdoj.gov

Michelle M. Law
FEDERAL DEFENDER -- WESTERN DISTRICT OF MISSOURI
michelle_law@fd.org

John R. Maley
BARNES & THORNBURG, LLP (Indianapolis)
jmaley@btlaw.com

Rebecca Ellen Woodman
REBECCA E. WOODMAN, ATTORNEY AT LAW, L.C.
rewlaw@outlook.com

Shelese M. Woods
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
shelese.woods@usdoj.gov