# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **WESLEY IRA PURKEY,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) |
| | ) Case No.: 2:19-cv-00517-JMS-DLP |
| **WILLIAM BARR, et al.,** | ) |
| | ) |
| | ) |
| Respondents. | ) |

_____

## MOTION TO WITHDRAW
_____

Michelle M. Law, Petitioner's *pro hac vice* counsel of record in death penalty proceedings, moves to withdraw because the government executed Mr. Purkey on July 16, 2020, and issues related to the carrying out of Mr. Purkey's death sentence are moot.

Respectfully submitted,

*/s/ Michelle M. Law*
Michelle M. Law, MO Bar 45487
Assistant Federal Public Defender
Western District of Missouri
901 St. Louis Street, Suite 801
Springfield, Missouri 65806
Telephone: (417) 873-9022
Email:  michelle_law@fd.org

August 18, 2020

## CERTIFICATE OF SERVICE

I certify that on this 18th day of August, 2020, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants in this case, and a copy was mailed, via the United States Postal Service, to all non-CM/ECF participants.

*/s/ Michelle M. Law*
Counsel for Petitioner