UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

WESLEY I. PURKEY,       )
                       )
        Plaintiff,      )
                       )
                       )        No. 2:19-cv-00517-JMS-DLP
                       )
    vs.                )
                       )
WILLIAM BARR, et al.,   )
        Defendants.     )
                       )
                       )

**MOTION TO WITHDRAW**

Rebecca E. Woodman, Petitioner's counsel of record in death penalty

proceedings, hereby moves to withdraw. Ms. Woodman was appointed by this

Court on July 2, 2020 as counsel in Mr. Purkey's death penalty proceedings for the

limited purpose of representing Mr. Purkey on his motion for preliminary

injunction to stay his execution. Doc. 55. This Court denied the preliminary

injunction motion on July 15, 2020. The government executed Mr. Purkey on July

16, 2020, rendering counsel's representation moot.

1

Respectfully submitted,


/s/Rebecca E. Woodman
Rebecca E. Woodman
Attorney at Law, L.C.
1263 W. 72nd Ter.
Kansas City, Missouri 64114
Telephone: (785) 979-3672
Email: rewlaw@outlook.com


**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2020, the foregoing Notice was filed electronically with the Clerk of the Court via CM/ECF to be served on the parties authorized to be noticed.

/s/Rebecca E. Woodman