UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

WESLEY I. PURKEY,                       )
                                        )
                    Plaintiff,          )
                                        )
        v.                              )        No. 2:19-cv-00517-JMS-DLP
                                        )
WILLIAM BARR,                           )
MICHAEL CARVAJAL,                       )
                                        )
                    Defendants.         )

## ORDER

This matter comes before the Court on Michelle M. Law, Petitioner's pro hac

vice counsel of record in death penalty proceedings, Motion to Withdraw, Dkt. [89].

The Court, being duly advised, hereby finds that said Motion should be **GRANTED**.

The appearance of Michelle M. Law is **TERMINATED** from the docket.

So ORDERED.

Date: 8/19/2020

_____
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email