UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| WESLEY I. PURKEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:19-cv-00517-JMS-DLP |
| | ) |
| WILLIAM BARR, | ) |
| MICHAEL CARVAJAL, | ) |
| | ) |
| Defendants. | ) |

## ORDER

This matter comes before the Court on Rebecca E. Woodman, Petitioner's counsel of record in death penalty proceedings, Motion to Withdraw, Dkt. [90]. The Court, being duly advised, hereby finds that said Motion should be **GRANTED**. The appearance of Rebecca E. Woodman is **TERMINATED** from the docket.

So ORDERED.

Date: 8/19/2020

_____
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email